B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Minnesota | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>PACAL Industries, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>33-1074542 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>2500 County Road BW<br>Saint Paul, MN                                ZIP Code 55113 | Street Address of Joint Debtor (No. and Street, City, and State):                                ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Ramsey | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                                ZIP Code | Mailing Address of Joint Debtor (if different from street address):                                ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    400 Car Street<br>La Crosse, WI 54603 | |

**Type of Debtor**
(Form of Organization) (Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding
by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*
Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    *** Ryan T. Murphy 311972 ***
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(04/13)                                                                                               Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | PACAL Industries, LLC |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X _____  Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
PACAL Industries, LLC

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X**  /s/ Ryan T. Murphy
Signature of Attorney for Debtor(s)

 Ryan T. Murphy 311972
Printed Name of Attorney for Debtor(s)

 Fredrikson & Byron, P.A.
Firm Name
 200 S Sixth St, Ste 4000
 Minneapolis, MN 55402

Address

 612.492.7000  Fax: 612.492.7077
Telephone Number
 August 14, 2015
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  /s/ Ervin F. Kamm
Signature of Authorized Individual
 Ervin F. Kamm
Printed Name of Authorized Individual
 President and CEO
Title of Authorized Individual
 August 14, 2015
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### District of Minnesota

In re    PACAL Industries, LLC

                                          Debtor

Case No. _____

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 1,637,493.74 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 881,537.70 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 22 | | 232,551.47 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 48 | | 24,441,632.49 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 2 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 81 | | | |
| | Total Assets | | 1,637,493.74 | | |
| | | Total Liabilities | | 25,555,721.66 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### District of Minnesota

In re _____PACAL Industries, LLC_____,    Case No. _____

                                        Debtor

                                                          Chapter_____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re     PACAL Industries, LLC                                            ,     Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  | | Sub-Total > | 0.00 | (Total of this page) |
|  | | Total > | 0.00 | |

 0  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re     PACAL Industries, LLC                                    ,     Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | St. Paul Office: Petty cash box | - | 15.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Small business checking account (ending 3342) [the balance of this account is -$4.07] | - | 0.00 |
| | | State Bank Financial Business checking account (ending 2585) [the balance of this account is -$21,457.76] | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          15.00
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Accounts receivable [Book value] | - | 271,102.64 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    271,102.64
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | PACAL customer list dated 7/27/15 | - | Unknown |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | La Crosse Manufacturing Plant:  2006 Chevy Silverado [VIN #1GCEC14VX6E291076] and Trailers [Book Value] | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | St. Paul Office:  Furniture, office equipment, and computers [Book Value] | - | 14,535.63 |
| | | La Crosse Manufacturing Plant:  Furniture and office equipment [Book Value] | - | 6,195.45 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | La Crosse Manufacturing Plant:  Machinery and related equipment [Book Value] | - | 485,591.85 |
| | | La Crosse Manufacturing Plant:  Boilers and equipment [Book Value] | - | 1,382.24 |
| | | La Crosse Manufacturing Plant:  Leasehold Improvements [Book Value] | - | 520,198.33 |
| 30. Inventory. | | La Crosse Manufacturing Plant:  Inventory [Book Value] | - | 338,472.60 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >        1,366,376.10
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    PACAL Industries, LLC                                            ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 0.00 |
| (Total of this page) | |
| Total > | 1,637,493.74 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    PACAL Industries, LLC                                                    Case No. _____
                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | All assets | | | | | |
| Capital Equipment Solutions f/k/a Loeb Term Solutions LLC 4131 S State Street Chicago, IL 60609 | X | - | | | X | X | | |
| | | | Value $            Unknown | | | | 356,313.18 | Unknown |
| Account No. | | | All assets | | | | | |
| Corporation Service Company PO Box 2576 Springfield, IL 62708 | X | - | | | X | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |
| Account No. | | | All assets | | | | | |
| Ervin F. Kamm 715 Rice Street E Wayzata, MN 55391 | | - | | | X | | | |
| | | | Value $            Unknown | | | | 525,224.52 | Unknown |
| Account No. | | | All assets | | | | | |
| LSQ Funding Group, LC 2600 Lucien Way, Ste 100 Maitland, FL 32751 | | - | | | X | | | |
| | | | Value $            Unknown | | | | Unknown | Unknown |

___1___ continuation sheets attached

Subtotal
(Total of this page)

881,537.70              0.00

B6D (Official Form 6D) (12/07) - Cont.

In re    PACAL Industries, LLC                                            ,    Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. | | | | | Notice only | | | | | |
| North Mill Capital LLC 5401 Gamble Drive, Ste 200 Minneapolis, MN 55416 | X | - | | | | | X | X | | |
| | | | | | Value $         Unknown | | | | 0.00 | Unknown |
| Account No. | | | | | Notice only | | | | | |
| Terex Cranes Attn. Dean Barley 106 - 12th Street SE Waverly, IA 50677 | | - | | | | | X | X | | |
| | | | | | Value $         Unknown | | | | 0.00 | Unknown |
| Account No. | | | | | Wage lien | | | | | |
| WI Dept of Workforce Dev c/o WI DOJ PO Box 7857 Madison, WI 53707 | | - | | | | | X | | | |
| | | | | | Value $         Unknown | | | | Unknown | Unknown |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 881,537.70 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re    PACAL Industries, LLC                                                              ,     Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_21_    continuation sheets attached

Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                          ,        Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>John P. Abbott<br>1025 Oak Ave S Lot E-11<br>Onalaska, WI 54650 | - | | Unpaid accumulated vacation pay | | X | | 1,524.96 | Unknown<br><br>Unknown |
| Account No.<br><br>Michael C. Abbott<br>910 Oak Ave N<br>Onalaska, WI 54650 | - | | Unpaid accumulated vacation pay | | X | | 1,948.56 | Unknown<br><br>Unknown |
| Account No.<br><br>Emil R. Alford<br>807 Wisconsin St<br>Cashton, WI 54619 | - | | Notice only | | X | | 0.00 | Unknown<br><br>Unknown |
| Account No.<br><br>Dyrke J. Althof<br>W1324 Hillside Lane<br>Stoddard, WI 54658 | - | | Unpaid accumulated vacation pay | | X | | 5,252.64 | Unknown<br><br>Unknown |
| Account No.<br><br>James J. Aponte<br>1631 George St<br>LaCrosse, WI 54603 | - | | Notice only | | X | | 0.00 | Unknown<br><br>Unknown |

Sheet __1__ of __21__ continuation sheets attached to          Subtotal          | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page) | 8,726.16 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   PACAL Industries, LLC                                      ,   Case No. _____
                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Gary J. Beck <br> E 519 Hickory Ridge Rd <br> Genoa, WI 54632 | - | | Unpaid accumulated vacation pay | | X | | <br> Unknown <br><br> 4,047.36 | <br> Unknown <br><br> Unknown |
| Account No. <br><br> Mark A. Bedney <br> 45006 Hayes St <br> Rushford, MN 55971 | - | | Unpaid accumulated vacation pay | | X | | <br> Unknown <br><br> 338.88 | <br> Unknown <br><br> Unknown |
| Account No. <br><br> James H. Berg <br> 24238 Fifth Street <br> Trempealeau, WI 54661 | - | | Notice only | | X | | <br> Unknown <br><br> 0.00 | <br> Unknown <br><br> Unknown |
| Account No. <br><br> Joe C. Bernhardt <br> 3019 South 28th Street <br> La Crosse, WI 54601 | - | | Unpaid accumulated vacation pay | | X | | <br> Unknown <br><br> 3,269.42 | <br> Unknown <br><br> Unknown |
| Account No. <br><br> Tamara R. Bielawski <br> 7311 Lyric Lane <br> Minneapolis, MN 55432 | - | | Unpaid accumulated vacation pay | | X | | <br> Unknown <br><br> 6,390.05 | <br> Unknown <br><br> Unknown |

Sheet  2  of  21  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 14,045.71 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                 ,      Case No. _____

                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions
_____
                                    TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No.<br><br>Ryan D. Blexrud<br>1413 Brookwood Dr<br>LaCrescent, MN 55947-8788 | - | | | Unpaid accumulated vacation pay | | X | | 497.52 | Unknown | Unknown |
| Account No.<br><br>Dustin J. Bundy<br>1902 S 30th St<br>LaCrosse, WI 54601 | - | | | Unpaid accumulated vacation pay | | X | | 502.32 | Unknown | Unknown |
| Account No.<br><br>Patrick J. Butler<br>921 Charles St<br>La Crosse, WI 54603 | - | | | Unpaid accumulated vacation pay | | X | | 3,541.44 | Unknown | Unknown |
| Account No.<br><br>David J. Campton<br>PO Box 61<br>Hokah, MN 55941 | - | | | Unpaid accumulated vacation pay | | X | | 931.92 | Unknown | Unknown |
| Account No.<br><br>David D. Ciano<br>W4300 County Rd M #10<br>La Crosse, WI 54601-2550 | - | | | Unpaid accumulated vacation pay | | X | | 2,033.28 | Unknown | Unknown |

Sheet _3_ of _21_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                 | 0.00 |
(Total of this page)   | 7,506.48 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                              ,        Case No. _____
                                    **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jason C. Clark<br>W7404 CTH T<br>Holmen, WI 54636 | - | | Unpaid accumulated vacation pay | | X | | 3,035.52 | Unknown | Unknown |
| Account No.<br><br>Philip J. Conrad<br>1403 Hyde Ave<br>Lacrosse, WI 54601 | - | | Unpaid accumulated vacation pay | | X | | 4,018.56 | Unknown | Unknown |
| Account No.<br><br>Michael J. Davis<br>1527 Bainbridge St<br>LaCrosse, WI 54603 | - | | Unpaid accumulated vacation pay | | X | | 1,855.04 | Unknown | Unknown |
| Account No.<br><br>William L. Delao<br>323 N Pine St<br>Caledonia, MN 55921-1258 | - | | Unpaid accumulated vacation pay | | X | | 260.00 | Unknown | Unknown |
| Account No.<br><br>Janet S. Denboer<br>33583 Co Rd 1<br>La Crescent, MN 55947 | - | | Unpaid accumulated vacation pay | | X | | 329.29 | Unknown | Unknown |

Sheet __4__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal<br>(Total of this page) | 0.00 | |
|---|---|---|---|
| | | 9,498.41 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Jeremy J. Dregne W 4266 Cty Rd M #22 LaCrosse, WI 54601 | - | | Unpaid accumulated vacation pay | | X | | 508.32 | Unknown | Unknown |
| Account No. Rickard J. Ewert 20 Westminster Ave Holmen, WI 54636 | - | | Unpaid accumulated vacation pay | | X | | 251.16 | Unknown | Unknown |
| Account No. Anthony Fish W409 County Rd K Stoddard, WI 54658-9062 | - | | Unpaid accumulated vacation pay | | X | | 130.00 | Unknown | Unknown |
| Account No. Patrick W. Fisher 1403 N 64th Street Wauwatosa, WI 53213 | - | | Notice only | | X | | 0.00 | Unknown | Unknown |
| Account No. William C. Frye 706 S 6th St La Crosse, WI 54601 | - | | Unpaid accumulated vacation pay | | X | | 1,172.08 | Unknown | Unknown |

Sheet __5__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal    0.00
(Total of this page)    2,061.56    0.00

B6E (Official Form 6E) (4/13) - Cont.

In re   PACAL Industries, LLC                                      ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Paul F. Giertych W5844 Cty Rd V Holmen, WI 54636 | - | | | | X | | 5,912.68 | Unknown / Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Pamela J. Gilberg 2298 Copperfield Dr Saint Paul, MN 55120 | - | | | | X | | 9,370.90 | Unknown / Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Andrew P. Grant 617 N Rusk Ave Viroqua, WI 54665 | - | | | | X | | 130.00 | Unknown / Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| James M. Hartmann 2516 Seventh Street S La Crosse, WI 54601 | - | | | | X | | 2,790.89 | Unknown / Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Christopher J. Hefty 7811 Knoll Dr Circle Pines, MN 55014 | - | | | | X | | 9,573.23 | Unknown / Unknown |

Sheet __6__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 27,777.70 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC
                                                                    ,    Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid accumulated vacation pay | | | | | | |
| Brad J. Holland 18012 County 26 Houston, MN 55943 | - | | | | X | | 3,181.36 | Unknown | Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | | |
| Tony C. Holter 600 Cedar St, PO Box 235 Hokah, MN 55941 | - | | | | X | | 3,097.64 | Unknown | Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | | |
| Kevin M. Huff 6930 Cardinal Rd Sparta, WI 54656 | - | | | | X | | 2,176.72 | Unknown | Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | | |
| Kenneth E. Kamm 2335 Yuma Ln N Minneapolis, MN 55447 | - | | | | X | | 11,261.89 | Unknown | Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | | |
| Thomas D. Kirchoff 802 Cedar Hokah, MN 55941 | - | | | | X | | 5,227.84 | Unknown | Unknown |

Sheet __7__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 24,945.45 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| John D. Koch 603 W Washington St. Caledonia, MN 55921 | - | | | | X | | 753.48 | Unknown / Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| John H. Koch 204 N Pine Caledonia, MN 55921 | - | | | | X | | 2,372.16 | Unknown / Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Lao Lee 314 Sunset Dr Holmen, WI 54636 | - | | | | X | | 2,303.64 | Unknown / Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Chai Lor 1516 Cliffview Dr Holmen, WI 54636 | - | | | | X | | 3,135.51 | Unknown / Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Chue Lor 1128 11th St S. Lacrosse, WI 54601 | - | | | | X | | 3,060.64 | Unknown / Unknown |

Sheet __8__ of __21__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    11,625.43    0.00 / 0.00

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                              ,    Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Pheng Lor<br>405 Hillcrest Dr<br>Holmen, WI 54636 | - | | Unpaid accumulated vacation pay | | X | | 2,762.76 | Unknown<br><br>Unknown |
| Account No.<br><br>Timothy P. Lorenz<br>6583 State 44<br>Hokah, MN 55941 | - | | Unpaid accumulated vacation pay | | X | | 4,688.32 | Unknown<br><br>Unknown |
| Account No.<br><br>Darren J. Lucht<br>10575 - 256th Avenue NW<br>Zimmerman, MN 55398 | - | | Unpaid accumulated vacation pay | | X | | 4,156.93 | Unknown<br><br>Unknown |
| Account No.<br><br>Robert P. Mattson<br>2239 Wyndemere Ln<br>Saint Paul, MN 55122 | - | | Unpaid accumulated vacation pay | | X | | 302.31 | Unknown<br><br>Unknown |
| Account No.<br><br>Linda K. McCauley<br>845 Tahoe Dr<br>Onalaska, WI 54650 | - | | Unpaid accumulated vacation pay | | X | | 2,639.42 | Unknown<br><br>Unknown |

Sheet  9  of  21  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 14,549.74 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                    ,        Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | WJC | | | | | | |
| **Account No.**<br><br>Jeremy J. Michel<br>W5229 Boma Rd<br>Lacrosse, WI 54601 | - | | | Unpaid accumulated vacation pay<br><br><br>X | | | | <br>Unknown<br><br>2,009.28 | Unknown |
| **Account No.**<br><br>Matt J. Mormann<br>2119 Wood St<br>Lacrosse, WI 54603 | - | | | Unpaid accumulated vacation pay<br><br><br>X | | | | <br>Unknown<br><br>4,018.56 | Unknown |
| **Account No.**<br><br>Pao F. Moua<br>N15143 State Rd 35<br>Trempealeau, WI 54661 | - | | | Unpaid accumulated vacation pay<br><br><br>X | | | | <br>Unknown<br><br>2,344.16 | Unknown |
| **Account No.**<br><br>Alan A. Noel<br>1329 Charles<br>Lacrosse, WI 54603 | - | | | Unpaid accumulated vacation pay<br><br><br>X | | | | <br>Unknown<br><br>5,455.80 | Unknown |
| **Account No.**<br><br>Timothy F. O'Riordan<br>518 Quincy St<br>Onalaska, WI 54650 | - | | | Unpaid accumulated vacation pay<br><br><br>X | | | | <br>Unknown<br><br>2,025.00 | Unknown |

Sheet __10__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal<br>(Total of this page)

| | |
|---|---|
| 0.00 | |
| 15,852.80 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC
_____,        Case No. _____
                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Lawrence H. Olson<br>7206 - 116th Place N<br>Champlin, MN 55316 | - | | Unpaid accumulated vacation pay | | X | | 856.80 | Unknown<br><br>Unknown |
| Account No.<br><br>Rodney A. Olson<br>N 7006 Bice Ave<br>Holmen, WI 54636 | - | | Unpaid accumulated vacation pay | | X | | 4,546.50 | Unknown<br><br>Unknown |
| Account No.<br><br>Robert C. Paggi<br>1018 E Caledonia St<br>Caledonia, MN 55921 | - | | Unpaid accumulated vacation pay | | X | | 2,108.00 | Unknown<br><br>Unknown |
| Account No.<br><br>Lynn M. Peterson<br>414 Belmont Lane<br>Maplewood, MN 55117 | - | | Notice only | | X | | 0.00 | Unknown<br><br>Unknown |
| Account No.<br><br>William M. Poellinger<br>2540 Bainbridge St<br>LaCrosse, WI 54603 | - | | Notice only | | X | | 0.00 | Unknown<br><br>Unknown |

Sheet _11_ of _21_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 7,511.30 | 0.00

B6E (Official Form 6E) (4/13) - Cont.

In re        PACAL Industries, LLC                                    ,        Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| William S. Pringle 606 W Wabasha St Winona, MN 55987 | - | | | | X | | 2,009.28 | Unknown Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Kenneth A. Rask 18757 State 76 Caledonia, MN 55921 | - | | | | X | | 4,728.36 | Unknown Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Kurtis A. Ruegg W8328 Northshore Dr Onalaska, WI 54650 | - | | | | X | | 2,795.76 | Unknown Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| James H. Schaffer 301 S East Ave Viroqua, WI 54665 | - | | | | X | | 2,176.72 | Unknown Unknown |
| Account No. | | | Unpaid accumulated vacation pay | | | | | |
| Jennifer L. Schaller N16388 Dale Valley Ln Galesville, WI 54630 | - | | | | X | | 713.94 | Unknown Unknown |

Sheet  12  of  21  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 12,424.06 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No.<br><br>Keith A. Schlaver<br>N4691 Hwy 162<br>Bangor, WI 54614 | - | | | Unpaid accumulated vacation pay | | X | | 3,440.64 | Unknown<br><br>Unknown |
| Account No.<br><br>Kevin K. Schmidt<br>16105 Prairie Ridge Rd<br>Caledonia, MN 55921 | - | | | Unpaid accumulated vacation pay | | X | | 3,013.92 | Unknown<br><br>Unknown |
| Account No.<br><br>Shaun W. Schmitz<br>830 Hill St<br>Cashton, WI 54619 | - | | | Unpaid accumulated vacation pay | | X | | 243.00 | Unknown<br><br>Unknown |
| Account No.<br><br>Douglas W. Shughart<br>617 Alpine Lane<br>Holmen, WI 54636 | - | | | Unpaid accumulated vacation pay | | X | | 4,553.28 | Unknown<br><br>Unknown |
| Account No.<br><br>Albert C. Solis<br>N 3819 County Road J<br>Rockland, WI 54653 | - | | | Unpaid accumulated vacation pay | | X | | 3,727.68 | Unknown<br><br>Unknown |

Sheet __13__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 14,978.52 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re   PACAL Industries, LLC _____,   Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| **Account No.** | | | | Unpaid accumulated vacation pay | | | | | |
| Michael S. Steele W5585 County Rd MM #102 LaCrosse, WI 54601 | - | | | | | X | | 2,023.68 | Unknown / Unknown |
| **Account No.** | | | | Unpaid accumulated vacation pay | | | | | |
| Gregory L. Stevens 205 Caledonia St La Crosse, WI 54603 | - | | | | | X | | 3,710.08 | Unknown / Unknown |
| **Account No.** | | | | Unpaid accumulated vacation pay | | | | | |
| Travis E. Stevenson 1413 5th S Apt 8 LaCrosse, WI 54601 | - | | | | | X | | 492.00 | Unknown / Unknown |
| **Account No.** | | | | Notice only | | | | | |
| Wyman L. Stevenson CTH S W5475 Onalaska, WI 54650 | - | | | | | X | | 0.00 | Unknown / Unknown |
| **Account No.** | | | | Unpaid accumulated vacation pay | | | | | |
| Christopher J. Swertfeger 2031 Loomis St La Crosse, WI 54603 | - | | | | | X | | 432.48 | Unknown / Unknown |

Sheet  14  of  21  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 6,658.24 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | WJC | | | | | | | |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | | |
| Cha Thao 1518 Viking Ave Holmen, WI 54636 | - | | | | | X | | 2,427.88 | Unknown | Unknown |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | | |
| Patrick A. Thicke 627 Linden Ln West Salem, WI 54669 | - | | | | | X | | 508.32 | Unknown | Unknown |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | | |
| Thomas H. Thompson 7138 Manna Ave Cashton, WI 54619 | - | | | | | X | | 1,524.96 | Unknown | Unknown |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | | |
| Jason A. Thompson 914 South St Cashton, WI 54619 | - | | | | | X | | 767.88 | Unknown | Unknown |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | | |
| Jaymeson V. Urbick 426 18th Place LaCrosse, WI 54601 | - | | | | | X | | 508.32 | Unknown | Unknown |

Sheet __15__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 5,737.36 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re      PACAL Industries, LLC                                                    ,      Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Pao Vang<br>1456 Waterloo Ave<br>West Salem, WI 54669 | | - | Unpaid accumulated vacation pay | | X | | 1,508.90 | Unknown | Unknown |
| Account No.<br><br>Shawn X. Vang<br>812 Evergreen Dr<br>Holmen, WI 54636 | | - | Unpaid accumulated vacation pay | | X | | 1,506.96 | Unknown | Unknown |
| Account No.<br><br>Tong Vang<br>1820 Onalaska Ave<br>LaCrosse, WI 54603 | | - | Unpaid accumulated vacation pay | | X | | 508.32 | Unknown | Unknown |
| Account No.<br><br>Nhia T. Vue<br>911 Liberty Street<br>Lacrosse, WI 54603 | | - | Unpaid accumulated vacation pay | | X | | 2,511.60 | Unknown | Unknown |
| Account No.<br><br>James J. Walleser<br>475 Shaw Street<br>Lansing, IA 52151 | | - | Unpaid accumulated vacation pay | | X | | 2,866.88 | Unknown | Unknown |

Sheet __16__ of __21__ continuation sheets attached to          Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)   8,902.66                  0.00

B6E (Official Form 6E) (4/13) - Cont.

In re      PACAL Industries, LLC                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | |
| Jean A. Warnsholz 4230 Edgemont St Saint Paul, MN 55127 | - | | | | | X | | 7,014.09 | Unknown / Unknown |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | |
| Amos Washington 130 W Oakville Belle Chasse, LA 70037 | - | | | | | X | | 486.00 | Unknown / Unknown |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | |
| Mark A. Wilson 1348 Kane St Lacrosse, WI 54603 | - | | | | | X | | 3,608.00 | Unknown / Unknown |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | |
| Thomas A. Woodhouse N902 King Hill Rd. Genoa, WI 54632 | - | | | | | X | | 1,841.84 | Unknown / Unknown |
| Account No. | | | | Unpaid accumulated vacation pay | | | | | |
| Joua Kao Xiong 950 Lincoln St Onalaska, WI 54650 | - | | | | | X | | 2,711.04 | Unknown / Unknown |

Sheet __17__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 15,660.97 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                      ,    Case No. _____
_____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Wages, salaries, and commissions

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | TYPE OF PRIORITY | | | | | | |
| Account No.<br><br>Mor Xiong<br>305 Monarch Ln<br>Holmen, WI 54636 | - | | | Unpaid accumulated vacation pay | | X | | 2,033.28 | Unknown | Unknown |
| Account No.<br><br>Waleng Xiong<br>1608 Cliffview Drive<br>Holmen, WI 54636 | - | | | Unpaid accumulated vacation pay | | X | | 3,265.08 | Unknown | Unknown |
| Account No.<br><br>Kong Yang<br>570 Braund St #1<br>Onalaska, WI 54650 | - | | | Unpaid accumulated vacation pay | | X | | 130.00 | Unknown | Unknown |
| Account No.<br><br>Nou Yang<br>821 Lake St<br>Onalaska, WI 54650 | - | | | Unpaid accumulated vacation pay | | X | | 3,049.92 | Unknown | Unknown |
| Account No.<br><br>Ger Ziong<br>751 Domke Street<br>Onalaska, WI 54650 | - | | | Unpaid accumulated vacation pay | | X | | 2,287.44 | Unknown | Unknown |

Sheet _18_ of _21_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 10,765.72 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                        ,        Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Wages, salaries, and commissions

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jennifer L. Zumach<br>205 3rd St<br>Hokah, MN 55941 | - | | Unpaid accumulated vacation pay | | X | | 527.44 | | Unknown<br><br>Unknown |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __19__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  |  527.44  |  0.00 / 0.00

B6E (Official Form 6E) (4/13) - Cont.

In re    PACAL Industries, LLC                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxes | | | | | | |
| City Treasurer - La Crosse 2nd Floor - City Hall 400 La Crosse St La Crosse, WI 54601 | - | | | | X | | | | 2,938.66 |
| | | | | | | | 2,938.66 | 0.00 | |
| Account No. | | | Taxes | | | | | | |
| Illinois DOT Bureau of Design & Environment 2300 S Dirksen Pkwy - Rm 323 Springfield, IL 62764 | - | | | | X | | | | 75.00 |
| | | | | | | | 75.00 | 0.00 | |
| Account No. | | | Notice only | | | | | | |
| Internal Revenue Service Centralized Insolvency Operat. PO Box 7346 Philadelphia, PA 19101 | - | | | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | Notice only | | | | | | |
| Iowa Dept of Revenue Sales/Use Tax Processing PO Box 10412 Des Moines, IA 50306 | - | | | | | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 | |
| Account No. | | | Notice only | | | | | | |
| La Cross County Treasurer Administration Ctr - Rm 1290 400 Fourth Street N La Crosse, WI 54601 | - | | | | X | | | | 0.00 |
| | | | | | | | 0.00 | 0.00 | |

Sheet __20__ of __21__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 3,013.66 | |
|---|---|---|---|
| | (Total of this page) | 3,013.66 | 0.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re     PACAL Industries, LLC                                              ,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>MN Department of Revenue<br>Collection Enforcement<br>551 Bky Section - PO Box 64447<br>St. Paul, MN 55164 | - | | Sales tax | | X | | 9,782.10 | Unknown | Unknown |
| Account No.<br><br>North Dakota State Tax Commiss<br>600 E Boulevard Ave<br>Dept 127<br>Bismarck, ND 58505 | - | | Notice only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>Ramsey County Treasurer<br>90 W Plato Blvd<br>Saint Paul, MN 55107 | - | | Notice only | | X | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>South Dakota Dept of Rev<br>445 E Capitol Ave<br>Pierre, SD 57501 | - | | Notice only | | | | 0.00 | 0.00 | 0.00 |
| Account No.<br><br>WI Department of Revenue<br>5-77 Mail Stop<br>PO Box 8902<br>Madison, WI 53708 | - | | Notice only | | X | | 0.00 | 0.00 | 0.00 |

Sheet  21   of  21   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 9,782.10 | 0.00 |
| Total | 3,013.66 | |
| (Report on Summary of Schedules) | 232,551.47 | 0.00 |

B6F (Official Form 6F) (12/07)

In re    PACAL Industries, LLC                             ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| A & G Engineering Inc 111 S Shannon Dr Shakopee, MN 55379 | | - | | | X | | 1,769.52 |
| Account No. | | | Trade debt | | | | |
| A-Line Machine Tool Co PO Box 1566 La Crosse, WI 54602-1566 | | - | | | X | | 1,113.28 |
| Account No. | | | Trade debt | | | | |
| The A588 & A572 Steel Company 133 Sebago Lake Drive Sewickley, PA 15143 | | - | | | X | | 82,153.60 |
| Account No. | | | Representing: The A588 & A572 Steel Company | | | | |
| Altus Global Trade Solutions 2400 Veterans Blvd, Ste 300 Kenner, LA 70062 | | | | | | | Notice Only |

   47    continuation sheets attached

Subtotal      85,036.40
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Airgas USA, LLC PO Box 802576 Chicago, IL 60680-2576 | | - | | | X | | 105,563.26 |
| Account No. | | | Trade debt | | | | |
| All Industry Supplies 6250 Bunker Lake Blvd Ste 103 Ramsey, MN 55303 | | - | | | X | | 413.29 |
| Account No. | | | Trade debt | | | | |
| Allegis Corporation PO Box 490007 Minneapolis, MN 55449-0007 | | - | | | X | | 30.86 |
| Account No. | | | Business organization | | | | |
| American Inst of Steel Constr C/O Legacy Professionals LLP Dept 978763, PO Box 8763 Carol Stream, IL 60197-8763 | | - | | | X | | 1.25 |
| Account No. | | | Trade debt | | | | |
| American Tank & Fabr Co 12314 Elmwood Ave Cleveland, OH 44111 | X | - | | | X | X | 187,533.72 |

Sheet no. __1__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

293,542.38

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Supply plant uniforms | | | | |
| Aramark Uniform Services Inc Aus Lacrosse Mc Lockbox 26605 Network Place Chicago, IL 60673-1266 | - | | | | | X | | 21,637.47 |
| Account No. | | | | Representing: Aramark Uniform Services Inc | | | | |
| Quarles & Brady LLP 411 E Wisconsin Ave Ste 2400 Milwaukee, WI 53202 | | | | | | | | Notice Only |
| Account No. | | | | Trade debt | | | | |
| Assembly Specialty Products 14700 Brookpark Rd Cleveland, OH 44135-5166 | - | | | | | X | | 769.68 |
| Account No. | | | | Trade debt | | | | |
| Astralloy Steel Products 24935 Network Pl Chicago, IL 60673-1249 | - | | | | | X | | 17,821.35 |
| Account No. | | | | Trade debt | | | | |
| Automotive Resources Inc 12775 Randolph Ridge Lane Manassas, VA 20109 | - | | | | | X | | 415.56 |

Sheet no. __2__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,644.06

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC _____,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt; pending litigation | | | | |
| AZZ Galvanizing Services 446 St Anthony Pkwy Minneapolis, MN 55418 | X | - | | | | X | X | 14,330.15 |
| Account No. | | | | Representing: AZZ Galvanizing Services | | | | |
| Francis J. Eggert, Esq. 182 Main Ave W Winsted, MN 55395 | | | | | | | | Notice Only |
| Account No. | | | | Trade debt | | | | |
| B & F Fastener Supply 7100 Sunwood Dr Ramsey, MN 55303 | | - | | | | X | | 1,754.04 |
| Account No. | | | | Trade debt; pending litigation | | | | |
| BBC Fasteners Inc 4210 Shirley Lane Alsip, IL 60803 | | - | | | | X | X | 22,208.92 |
| Account No. | | | | Representing: BBC Fasteners Inc | | | | |
| Carroll Hartigan & Creney 218 N Jefferson St, Ste 201 Chicago, IL 60661 | | | | | | | | Notice Only |

Sheet no. _3__ of _47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        38,293.11

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC                                    ,          Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Bernie Buchner Inc 224 Causeway Blvd La Crosse, WI 54603 | | - | Trade debt | | X | | 195.68 |
| Account No.  BFT Inc 21338 Sinclair Ave Allison, IA 50602 | | - | Freight services | | X | | 2,630.55 |
| Account No.  BPS Incorporated 314 State Hwy 35 Osceola, WI 54020 | | - | Trade debt | | X | | 4,870.00 |
| Account No.  C & C Machine Inc PO Box 2317 Lacrosse, WI 54602-2317 | | - | Trade debt | | X | | 51,480.99 |
| Account No.  Caplugs 3012 Momentum Pl Chicago, IL 60689-5330 | | - | Trade debt | | X | | 128.75 |

Sheet no. __4__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                59,305.97

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Caps' n Plugs 165 Sun Pac Blvd - Unit 4 Brampton, ON L6S 5Z6 CANADA | - | | | | | X | | 537.33 |
| Account No. | | | | Trade debt | | | | |
| Carquest Auto Parts La Crosse PO Box 404875 Atlanta, GA 30384-4875 | - | | | | | X | | 176.79 |
| Account No. | | | | Trade debt | | | | |
| Carrier-Oehler Co PO Box 40 South Holland, IL 60473-0040 | - | | | | | X | | 280.48 |
| Account No. | | | | Trade debt | | | | |
| Cary Heating & Air Cond Co Inc 808 Copeland La Crosse, WI 54603-2657 | - | | | | | X | | 1,723.75 |
| Account No. | | | | Services | | | | |
| CBS Graphics 72 Copeland Ave La Crosse, WI 54603 | - | | | | | X | | 253.78 |

Sheet no. __5__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,972.13

B6F (Official Form 6F) (12/07) - Cont.

In re   PACAL Industries, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Central Transport Intl Inc<br>PO Box 33299<br>Detroit, MI 48232 | | - | Freight services | | X | | 4,341.20 |
| Account No.<br><br>CenturyLink<br>PO Box 4300<br>Carol Stream, IL 60197-4300 | | - | Utility | | X | | 1,039.61 |
| Account No.<br><br>Challman & Company<br>2900 14Th Ave S<br>PO Box 7264<br>Mpls, MN 55407 | | - | Trade debt | | X | | 6,649.76 |
| Account No.<br><br>Chappell Central Inc<br>2101 Nw Gorton Ave<br>PO Box 916<br>Willmar, MN 56201 | | - | Trade debt | | X | | 16,445.76 |
| Account No.<br><br>Chase Card Services<br>PO Box 94014<br>Palatine, IL 60094-4014 | X | - | Credit card purchases | | X | X | 24,582.71 |

Sheet no. _6_ of _47_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    53,059.04

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.                                            Chicago Metal Rolled Products 6289 Eagle Way Chicago, IL 60678-1062 | - | | | Trade debt | | X | | 460.00 |
| Account No.                                            Chief Industries Inc PO Box 4920 Grand Island, NE 68802-4920 | - | | | Trade debt | | X | | 9,065.48 |
| Account No.                                            Dean Chudy N1675 Powers Lake Rd Powers Lake, WI 53159 | - | | | Personal loan | | X | | 100,000.00 |
| Account No.                                            James Collinge 6300 Merrimac Ln N Maple Grove, MN 55311 | - | | | Director | | X | | 7,000.00 |
| Account No.                                            Connaughty Industries, Inc 1000 Technology Drive Rushford, MN 55971 | - | | | Trade debt | | X | | 1,162.30 |

Sheet no. _7_ of _47_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

117,687.78

B6F (Official Form 6F) (12/07) - Cont.

In re   PACAL Industries, LLC                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Freight services | | | | |
| Conway PO Box 982020 North Richland Hills, TX 76182 | - | | | | X | | 601.14 |
| Account No. | | | Trade debt | | | | |
| Cope Plastics PO Box 368 Godfrey, IL 62035-0368 | - | | | | X | | 642.80 |
| Account No. | | | Services | | | | |
| Coulee Region Mech Contractors 2255 Palace St La Crosse, WI 54603 | - | | | | X | | 535.00 |
| Account No. | | | Cleaning services - La Crosse location | | | | |
| Coverall North America, Inc 2955 Momentum Place Chicago, IL 60689 | - | | | | X | | 1,800.00 |
| Account No. | | | Representing: Coverall North America, Inc | | | | |
| Allen Maxwell and Silver 190 Sylvan Ave, Ste 2 Englewood Cliffs, NJ 07632 | | | | | | | Notice Only |

Sheet no. _8_ of _47_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   3,578.94

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                              ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Cox Industries PO Box 480366 New Haven, MI 48048-0366 | | - | | | X | | 1,990.21 |
| Account No. | | | Representing: Cox Industries | | | | |
| National Collections Burerau PO Box 46631 Mount Clemens, MI 48046 | | | | | | | Notice Only |
| Account No. | | | Services | | | | |
| Culligan Water Cond PO Box 217 La Crosse, WI 54602-0217 | | - | | | X | | 1,145.55 |
| Account No. | | | Trade debt | | | | |
| D-Lux Screen Printing, Inc 302 North Star Road PO Box 127 Holmen, WI 54636-0127 | | - | | | X | | 748.64 |
| Account No. | | | Trade debt | | | | |
| Dakota Supply Group 2727 Commerce St La Crosse, WI 54603 | | - | | | X | | 97.61 |

Sheet no. _9_ of _47_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,982.01

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Dalsin Industries SDS-12-2436 PO Box 86 Minneapolis, MN 55486-2436 | - | | | | | X | | 230.00 |
| Account No. | | | | Insurance | | | | |
| Delta Dental of Minnesota Nw 5772 PO Box 1450 Minneapolis, MN 55485-5772 | - | | | | | X | | 70.70 |
| Account No. | | | | Trade debt | | | | |
| E & A Products Inc 11885 Brockton Lane Maple Grove, MN 55369 | - | | | | | X | | 12,347.59 |
| Account No. | | | | Trade debt | | | | |
| Earle M Jorgensen Co 75 Remittance Dr - Ste 6492 Chicago, IL 60675-6492 | - | | | | | X | | 134.79 |
| Account No. | | | | CPA services | | | | |
| Eide Bailly LLP Us Bancorp Center 800 Nicollet Mall, Ste 1300 Minneapolis, MN 55402-7033 | - | | | | | X | | 27,479.93 |

Sheet no. __10__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       40,263.01

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC
                                                                                        ,    Case No. _____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Esab Welding & Cutting Prods PO Box 417540 Boston, MA 02241-7540 | | - | | | | X | | 2,211.28 |
| Account No. | | | | Software | | | | |
| Fabtrol Systems Inc 1 E Broadway - Ste 100 Eugene, OR 97401 | | - | | | | X | | 1,500.00 |
| Account No. | | | | Trade debt | | | | |
| Fairway Painting & Sandblast 115 Union Street Holmen, WI 54636 | X | - | | | | X | X | 173,151.12 |
| Account No. | | | | Trade debt | | | | |
| Farrell Equip & Supply Co Inc 1510 N Hastings Way Eau Claire, WI 54703 | | - | | | | X | | 160.28 |
| Account No. | | | | Trade debt | | | | |
| Fastenal Co PO Box 1286 Winona, MN 55987-1286 | | - | | | | X | | 365.79 |

Sheet no. __11__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          177,388.47

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                      ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Freight services | | | | |
| Fedex Freight Dept Ch PO Box 10306 Palatine, IL 60055-0306 | | - | | | | X | | 197.83 |
| Account No. | | | | Legal services | | | | |
| Felhaber Larson 220 S Sixth Street, Ste 2200 Minneapolis, MN 55402 | | - | | | | X | | 29,476.90 |
| Account No. | | | | Trade debt | | | | |
| Ferrellgas PO Box 173940 Denver, CO 80217-3940 | | - | | | | X | | 164.01 |
| Account No. | | | | Services | | | | |
| Fire Protection Specialists PO Box 289 Bangor, WI 54614 | | - | | | | X | | 582.20 |
| Account No. | | | | Insurance provider | | | | |
| First Dakota Indemnity Co PO Box 860065 Minneapolis, MN 55486-0065 | | - | | | | X | | 34,160.00 |

Sheet no. __12__ of __47__ sheets attached to Schedule of                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          64,580.94

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | - | | Trade debt; pending litigation | | X | X | |
| First Supply 106 Cameron Ave PO Box 1028 Lacrosse, WI 54602-1028 | | | | | | | | 761.49 |
| **Account No.** | | - | | Insurance | | X | | |
| Flatiron Capital PO Box 712195 Denver, CO 80271-2195 | | | | | | | | 16,665.84 |
| **Account No.** | | - | | Services | | X | | |
| Fowler & Hammer Inc 157 Sumner St PO Box 485 La Crosse, WI 54602-0485 | | | | | | | | 230.00 |
| **Account No.** | | - | | Legal services | | X | | |
| Fredrikson & Byron PA 200 S 6th St Ste 4000 Minneapolis, MN 55402 | | | | | | | | 20,692.21 |
| **Account No.** | | - | | Trade debt | | X | | |
| Frie's Enterprise W 648 Baures Rd Fountain City, WI 54629 | | | | | | | | 432.74 |

Sheet no. __13__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     38,782.28

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC _____ ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| G E Mathis Company 6100 S Oak Park Ave Chicago, IL 60638-4095 | - | | | | | X | | 139,542.37 |
| Account No. | | | | Representing: G E Mathis Company | | | | |
| Mark R. Miller, Esq. Gurstel Chargo PA 6681 Country Club Drive Minneapolis, MN 55427 | | | | | | | | Notice Only |
| Account No. | | | | Trade debt | | | | |
| Gautier Steel Ltd PO Box 601460 Charlotte, NC 28260-1460 | - | | | | | X | | 17,881.83 |
| Account No. | | | | Trade debt | | | | |
| Gexpro PO Box 100275 Atlanta, GA 30384 | - | | | | | X | | 383.48 |
| Account No. | | | | Trade debt | | | | |
| Glamos Wire Products 5561 N 152nd Street PO Box 46 Hugo, MN 55038 | - | | | | | X | | 2,974.06 |

Sheet no. __14__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

160,781.74

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC                                                    ,     Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan | | | | |
| Great America Fin Svcs Corp Attn. Tom Whiting 625 First Street SE, Ste 800 Cedar Rapids, IA 52401 | - | | | | | X | | 2,246.95 |
| Account No. | | | | Services | | | | |
| Great River Water Treatment Box 302 Greenwood, WI 54437 | - | | | | | X | | 586.58 |
| Account No. | | | | Trade debt | | | | |
| GT Midwest PO Box 755 Wichita, KS 67201-0755 | - | | | | | X | | 488.55 |
| Account No. | | | | Medical services | | | | |
| Gundersen Clinic Ltd PO Box 4020 La Crosse, WI 54602-4020 | - | | | | | X | | 3,007.25 |
| Account No. | | | | Medical services | | | | |
| Gundersen Lutheran Medical Ctr 1900 - 1910 South Ave La Crosse, WI 54601-5467 | - | | | | | X | | 2,465.35 |

Sheet no. __15__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,794.68

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Medical services | | | | |
| Gunderson Health System PO Box 4444 La Crosse, WI 54602-4444 | | - | | | | X | | 2,112.18 |
| Account No. | | | | Services | | | | |
| H & A Administrators 15350 - 25th Ave N - Ste 114 Plymouth, MN 55447 | | - | | | | X | | 375.00 |
| Account No. | | | | Trade debt | | | | |
| Hampton Hydraulics LLC 712 First Street NW Hampton, IA 50441 | X | - | | | | X | X | 74,672.75 |
| Account No. | | | | Services | | | | |
| Harter's Trash & Recycling Inc 2850 Larson St La Crosse, WI 54603 | | - | | | | X | | 476.31 |
| Account No. | | | | Trade debt | | | | |
| Hartland Lubricants & Chem PO Box 809 Onalaska, WI 54650 | | - | | | | X | | 1,829.65 |

Sheet no.  16  of  47  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                79,465.89

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Hayes Tooling & Plastics, Inc. PO Box 3304 640 S Rogers Rd Olathe, KS 66063 | - | | | | | X | | 151.50 |
| Account No. | | | | Legal services | | | | |
| Hitesman & Wold, P.A. 12900 - 63rd Avenue North Maple Grove, MN 55369 | | | | | | X | | 850.00 |
| Account No. | | | | Freight services | | | | |
| Holmen Transport W8120 Maple St Holmen, WI 54636 | - | | | | | X | | 10,255.00 |
| Account No. | | | | Trade debt | | | | |
| Horizontal Machining & Mfg Inc 640 Arizona Ave Nw Huron, SD 57350 | - | | | | | X | | 18,228.00 |
| Account No. | | | | Freight services | | | | |
| Hot Line Freight System Inc PO Box 205 W Salem, WI 54669 | - | | | | | X | | 109,404.80 |

Sheet no. __17__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

138,889.30

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC                                          ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| Hy-Test Safety Shoe Service 7330 N 60th St Milwaukee, WI 53223 | - | | | | | X | | 3,142.87 |
| Account No. | | | | Trade debt | | | | |
| Hyco Alabama LLC PO Box 70 Arab, AL 35016 | - | | | | | X | | 21,279.00 |
| Account No. | | | | Trade debt | | | | |
| I & M Machine & Fabrication 401 S 3rd Street St Joseph, MO 64501-2105 | - | | | | | X | | 860.00 |
| Account No. | | | | Trade debt | | | | |
| IFM Efector, Inc. PO Box 8538-307 Philadelphia, PA 19171-0307 | - | | | | | X | | 653.50 |
| Account No. | | | | Representing: IFM Efector, Inc. | | | | |
| Commercial Collect of NY☐☐ PO Box 288 Tonawanda, NY 14151 | | | | | | | | Notice Only |

| Sheet no. _18_ of _47_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 25,935.37 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re PACAL Industries, LLC _____, Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Industrial Associates Inc 2124 Corporate Dr Waukesha, WI 53189-7989 | - | | | | | X | | 1,940.00 |
| Account No. | | | | Services | | | | |
| Industrial Automation PO Box 1445 La Crosse, WI 54602-1445 | - | | | | | X | | 392.50 |
| Account No. | | | | Trade debt | | | | |
| Industrial Stainless Supply 5265 Hanson Court Crystal, MN 55429 | - | | | | | X | | 8,365.83 |
| Account No. | | | | Trade debt | | | | |
| Innovative Fluid Power PO Box 10107 Cedar Rapids, IA 52410-0107 | - | | | | | X | | 2,710.51 |
| Account No. | | | | Consulting services | | | | |
| Integrated Consulting Svcs LLC 4917 W 93Rd St Bloomington, MN 55437 | - | | | | | X | | 3,930.00 |

Sheet no. __19__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,338.84

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services | | | | |
| J F Ahern Co PO Bo 1316 Fond Du Lac, WI 54936-1316 | - | | | | | X | | 389.28 |
| Account No. | | | | Freight services | | | | |
| Joe Rud Trucking Inc 523 W Enterprise Dr Caledonia, MN 55921 | - | | | | | X | | 499.80 |
| Account No. | | | | Freight services | | | | |
| JS Express Trucking PO Box 201 Holmen, WI 54636 | - | | | | | X | | 159.50 |
| Account No. | | | | Phone services | | | | |
| Kaisercomm, Inc 4362 Round Lake Rd W- Ste 100 St Paul, MN 55112-3923 | - | | | | | X | | 1,460.56 |
| Account No. | | | | Expense reimbursements | | | | |
| Ervin F. Kamm 715 Rice Street E Wayzata, MN 55391 | - | | | | | X | | 15,018.63 |

| | | |
|---|---|---|
| Sheet no. __20__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 17,527.77 |

B6F (Official Form 6F) (12/07) - Cont.

In re   PACAL Industries, LLC _____,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal loans and interest | | | | |
| Ervin F. Kamm 715 Rice Street E Wayzata, MN 55391 | | - | | | | | 434,961.67 |
| Account No. | | | Expense reimbursements | | | | |
| Kenneth Kamm 2335 Yuma Lane N Plymouth, MN 55447 | | - | | | X | | 9,578.17 |
| Account No. | | | Trade debt; pending litigation | | | | |
| Kenilworth Steel Co. 197 West Market Street Warren, OH 44481 | | - | | | X | X | 20,775.63 |
| Account No. | | | Representing: Kenilworth Steel Co. | | | | Notice Only |
| Daniel A. Thomas, Esq. Delbene Lapolla & Thomas 155 Pine Ave NE Warren, OH 44481 | | | | | | | |
| Account No. | | | Trade debt | | | | |
| L W Meyer Inc PO Box 557 Waukesha, WI 53187-0557 | | - | | | X | | 547.97 |

Sheet no. __21__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 465,863.44

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | La Crosse facility lease and loan | | | | |
| La Crosse Industrial Park Corp C/O James Hill 712 Main Street La Crosse, WI 54601 | X | - | | | | X | X | 97,001.15 |
| Account No. | | | | Representing: | | | | |
| Joan K. Parke, Esq. Bosshard Parke Ltd. 750 Third Street N, Ste A La Crosse, WI 54601 | | | | La Crosse Industrial Park Corp | | | | Notice Only |
| Account No. | | | | Services | | | | |
| Lackore Elect Motor Repair Inc PO Box 802 La Crosse, WI 54602-0802 | | - | | | | X | | 668.37 |
| Account No. | | | | Trade debt | | | | |
| Lee Spring Co 140 58th Street, #3C Brooklyn, NY 11220 | | - | | | | X | | 224.10 |
| Account No. | | | | Trade debt | | | | |
| Lee Tippery LLC PO Box 168 Hokah, MN 55941 | | - | | | | X | | 465.00 |

Sheet no. __22__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

98,358.62

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Leeco Steel, LLC 75 Remittance Dr Ste 2829 Chicago, IL 60675-2829 | | - | | | | X | | 20,078.06 |
| Account No. | | | | Representing: Leeco Steel, LLC | | | | |
| Euler Hermes 800 Red Brook Blvd Owings Mills, MD 21117 | | | | | | | | Notice Only |
| Account No. | | | | Services | | | | |
| Les Manske & Sons Inc W4845 N Chipmunk Rd Stoddard, WI 54658 | | - | | | | X | | 131.50 |
| Account No. | | | | Legal services | | | | |
| Lindquist & Vennum PLLP 80 S Eighth Street, Ste 4200 Minneapolis, MN 55402 | | - | | | | X | | 11,510.85 |
| Account No. | | | | Trade debt | | | | |
| Loffler Companies Inc PO Box 790448 St Louis, MO 63179-0448 | | - | | | | X | | 1,404.60 |

Sheet no. __23__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,125.01

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice only | | | | |
| Lunda Construction Co. PO Box 669 Black River Falls, WI 54615 | X | - | | | | X | X | 0.00 |
| Account No. | | | | Lease | | | | |
| Mail Finance 25881 Network Place Chicago, IL 60673-1258 | | - | | | | X | | 253.05 |
| Account No. | | | | Trade debt | | | | |
| Max Weiss Co, Inc. 8625 W Bradley Road Milwaukee, WI 53224 | | - | | | | X | | 2,620.00 |
| Account No. | | | | Freight services | | | | |
| Mcdonough Truck Line Inc 3115 Industrial Dr Faribault, MN 55021 | | - | | | | X | | 1,219.16 |
| Account No. | | | | Medical services | | | | |
| MCHS Franciscan Med Ctr PO Box 860056 Minneapolis, MN 55486-0056 | | - | | | | X | | 393.75 |

Sheet no. __24__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        4,485.96

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | - | Trade debt | | | | |
| McMaster-Carr Supply Co PO Box 7690 Chicago, IL 60680-7690 | | | | | | X | | 4,971.16 |
| Account No. | | | | Representing: McMaster-Carr Supply Co | | | | |
| Caine & Weiner 1699 E Woodfield Rd Schaumburg, IL 60173 | | | | | | | | Notice Only |
| Account No. | | | - | Trade debt | | | | |
| McNeilus Steel Inc PO Box 249 Dodge Center, MN 55927 | X | | | | | X | X | 70,857.43 |
| Account No. | | | - | Freight services | | | | |
| Mercer Transportation Co PO Box 644011 Pittsburgh, PA 15264-4011 | | | | | | X | | 1,927.00 |
| Account No. | | | - | Trade debt | | | | |
| Metal Supermarkets 1900 Oakcrest Ave, Ste 5 Roseville, MN 55113 | | | | | | X | | 306.50 |

Sheet no. __25__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    78,062.09

B6F (Official Form 6F) (12/07) - Cont.

In re   PACAL Industries, LLC _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Trade debt | | | | |
| Metronor Inc 973 Featherstone Rd, Ste 105 Rockford, IL 61107 | | - | | | | X | | 1,433.55 |
| Account No. | | | | Services | | | | |
| Midwest Overhead Crane Corp 6517 James Av N Minneapolis, MN 55430 | | - | | | | X | | 1,699.56 |
| Account No. | | | | Trade debt | | | | |
| Millerbernd Systems 330 6th Street S PO Box 37 Winsted, MN 55395 | X | - | | | | X | X | 69,654.67 |
| Account No. | | | | Trade debt; pending litigation | | | | |
| Minnesota Supply Company 6470 Flying Cloud Dr. Eden Prairie, MN 55344 | | - | | | | X | X | 2,453.62 |
| Account No. | | | | Representing: Minnesota Supply Company | | | | |
| C. Scott Massie, Esq. 1000 Twelve Oaks Center Dr Ste 210 Wayzata, MN 55391 | | | | | | | | Notice Only |

Sheet no. __26__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          75,241.40

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC                                    ,          Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt; pending litigation | | | | |
| Mississippi Welders Supply Inc PO Box 1036 Winona, MN 55987-7036 | - | | | | | X | X | 11,335.92 |
| Account No. | | | | Trade debt | | | | |
| The Mitographers, Inc. PO Box 84910 Sioux Falls, SD 57104 | - | | | | | X | | 1,532.19 |
| Account No. | | | | MN Janitorial services | | | | |
| MNSoarr 7160 167Th Court W Rosemount, MN 55068 | - | | | | | X | | 1,071.24 |
| Account No. | | | | Trade debt | | | | |
| Motion Industries Inc PO Box 98412 Chicago, IL 60693 | - | | | | | X | | 1,212.43 |
| Account No. | | | | Trade debt | | | | |
| MSC Industrial Supply Co Inc Dept Ch 0075 Palatine, IL 60055-0075 | - | | | | | X | | 1,063.71 |

Sheet no. __27__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          16,215.49

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC                                             ,                Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: | | | | |
| RMS Investment Corporation 20195 Van Aken Blvd Beachwood, OH 44122 | | | | MSC Industrial Supply Co Inc | | | | Notice Only |
| Account No. | | | | Business organization | | | | |
| National Assn of Manufacturers Attn: Accounting Dept 733 10Th St, Nw, Ste 700 Washington, DC 20001-4884 | | - | | | | X | | 500.00 |
| Account No. | | | | Trade debt | | | | |
| National Tube Supply Co #774565 4565 Solutions Center Chicago, IL 60677-4005 | | - | | | | X | | 640.00 |
| Account No. | | | | Agent | | | | |
| Natl Corporate Research Ltd 10 East 40Th St, 10Th Floor New York, NY 10016 | | - | | | | | | 600.00 |
| Account No. | | | | La Crosse union pension | | | | |
| NIGPP Attn Donald Mickel 30 Scranton Office Park Moosic, PA 18507 | | - | | | | X | X | 10,803,770.00 |

Sheet no. __28__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,805,510.00

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC
_____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Forklift lease | | | | |
| NMHG Financial Services PO Box 643749 Pittsburgh, PA 15264-3749 | - | | | | | X | | 1,284.09 |
| Account No. | | | | Legal services | | | | |
| Timothy J Nolan Attorney At Law, PLLC 4725 Excelsior Blvd, Ste 402 St Louis Park, MN 55416 | - | | | | | X | | 1,038.50 |
| Account No. | | | | Trade debt | | | | |
| North Point Supply LLC N15468 West Prairie Road Building B, Ste 2 Trempealeau, WI 54661 | - | | | | | X | | 552.40 |
| Account No. | | | | Trade debt | | | | |
| Northland Fastening Systems 380 Rivertown Dr - Ste 800 Woodbury, MN 55125 | - | | | | | X | | 165.15 |
| Account No. | | | | Trade debt | | | | |
| Office Depot PO Box 88040 Chicago, IL 60680-1040 | - | | | | | X | | 838.51 |

Sheet no. __29__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,878.65

B6F (Official Form 6F) (12/07) - Cont.

In re   PACAL Industries, LLC                                              ,      Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Freight services | | | | |
| Olson Trucking Direct Inc 311 Ryan St Holmen, WI 54636 | | - | | | | X | | 47,642.41 |
| Account No. | | | | Expense reimbursements | | | | |
| Jeffrey D Olson 18 Arendal Lane Greenville, NY 12083 | | - | | | | X | | 30.57 |
| Account No. | | | | Trade debt | | | | |
| Olympic Steel 5096 Richmond Rd Bedford, OH 44146 | X | - | | | | X | X | 227,455.48 |
| Account No. | | | | 2015 Management fees | | | | |
| PACAL, LLC 2500 County Road BW Saint Paul, MN 55113 | | - | | | | X | | 433,333.32 |
| Account No. | | | | Trade debt | | | | |
| Pace Manufacturing Inc PO Box 800 Brandon, SD 57005 | | - | | | | X | | 789.82 |

Sheet no. __30__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          709,251.60

B6F (Official Form 6F) (12/07) - Cont.

In re     PACAL Industries, LLC                                  ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Utility | | | | |
| Paetec PO Box 9001013 Louisville, KY 40290-0103 | - | | | | | X | | 3,476.62 |
| Account No. | | | | Freight services | | | | |
| Panama Transfer Inc 600 La Salle Av Panama, IA 51562 | - | | | | | X | | 297.60 |
| Account No. | | | | Trade debt | | | | |
| Pangborn Corp PO Box 936006 Atlanta, GA 31193-6006 | - | | | | | X | | 1,376.05 |
| Account No. | | | | Representing: Pangborn Corp | | | | Notice Only |
| Allen Maxwell & Silver Inc 190 Sylvan Ave, Ste 2 Englewood Cliffs, NJ 07632 | | | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Parker Hannifin Corporation 7887 Collection Center Dr Chicago, IL 60693 | - | | | | | X | | 4,945.10 |

Sheet no. __31__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          10,095.37

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.                                        Peak Printing 1332 Thomas Ave St Paul, MN 55104 | | - | | Services | | X | | 305.31 |
| Account No.                                        Pension Benefit Guaranty Corp Attn Jon Chatalian, Esq. 1200 K Street, NW Ste 340 Washington, DC 20005 | X | - | | Pension liability | | X | X | 1,780,894.00 |
| Account No.                                        Pension Benefit Guaranty Corp Attn Jon Chatalian, Esq. 1200 K Street, NW Ste 340 Washington, DC 20005 | X | - | | Pension liability | | | | 7,083,931.00 |
| Account No.                                        PER MAR Security Services PO Box 1101 Davenport, IA 52805 | | - | | Services | | X | | 256.23 |
| Account No.                                        Phoenix Forging Company 800 Front Street Catasuqua, PA 18032 | | - | | Trade debt | | X | | 195.20 |

Sheet no. __32__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,865,581.74

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: | | | | |
| CMI Credit Mediators Inc 414 Sansom St Upper Darby, PA 19082 | | | | Phoenix Forging Company | | | | Notice Only |
| Account No. | | | | Services | | | | |
| Pro Form Printing PO Box 46013 Plymouth, MN 55446 | - | | | | | X | | 1,148.91 |
| Account No. | | | | Trade debt | | | | |
| Q & T Machining Inc 17340 Mound Rd PO Box 313 Belmont, WI 53510 | - | | | | | X | | 850.00 |
| Account No. | | | | Trade debt | | | | |
| Quality Hydr & Pneumatics Inc 1415 Wilhelm Road Mundelein, IL 60060 | - | | | | | X | | 4,105.17 |
| Account No. | | | | Services | | | | |
| Que Computer Services 4103 E Lake St, Ste 1 Minneapolis, MN 55406 | - | | | | | X | | 829.44 |

Sheet no. __33__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,933.52

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Services | | | | |
| Radiation Protection Products Div of Norvall Industries Inc PO Box 862 Wayzata, MN 55391 | - | | | | | X | | 763.40 |
| Account No. | | | | Pending litigation | | | | |
| Ranger Steel Services LP 1225 N Loop W, Ste 650 Houston, TX 77008 | - | | | | | X | X | 86,869.17 |
| Account No. | | | | Representing: Ranger Steel Services LP | | | | |
| Sarah B. Quigley, Esq. Quigley Law Firm 7600 Parklawn Ave Minneapolis, MN 55435 | | | | | | | | Notice Only |
| Account No. | | | | Trade debt | | | | |
| Ranger Steel Supply LP PO Box 4346 Dept. 451 Houston, TX 77210-4346 | - | | | | | X | | 73,406.76 |
| Account No. | | | | Representing: Ranger Steel Supply LP | | | | |
| Quigley Law Firm 7600 Parklawn Ave Minneapolis, MN 55435 | | | | | | | | Notice Only |

Sheet no. __34__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

161,039.33

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>River City Powder Coating Inc<br>1100 Kane Street<br>Lacrosse, WI 54603 | - | | | Trade debt | | X | | 7.00 |
| Account No.<br><br>Ronco Engineering Sales Inc<br>PO Box 889<br>Winona, MN 55987-0889 | - | | | Trade debt | | X | | 100.06 |
| Account No.<br><br>S & T Office Products Inc<br>1000 Kristen Court<br>St Paul, MN 55110 | - | | | Services | | X | | 819.34 |
| Account No.<br><br>S&S Fleet Service of La Crosse<br>229 Milwaukee St<br>La Crosse, WI 54603 | - | | | Services | | X | | 18.30 |
| Account No.<br><br>Safety-Kleen Corp<br>PO Box 650509<br>Dallas, TX 75265-0509 | - | | | Trade debt | | X | | 273.21 |

Sheet no. __35__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,217.91

B6F (Official Form 6F) (12/07) - Cont.

In re  PACAL Industries, LLC ,  Case No. 

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Adams London & Weiss LLC 6250 Westpark Dr, Ste 319 Houston, TX 77057 | | | | Representing: Safety-Kleen Corp | | | | Notice Only |
| Account No. | | | | Services | | | | |
| Samuel, Son & Co Inc PO Box 77920 Detroit, MI 48277 | | - | | | | X | | 5,000.00 |
| Account No. | | | | | | | | |
| Stark Reagan PC 1111 W Long Lake Rd, Ste 202 Troy, MI 48098 | | | | Representing: Samuel, Son & Co Inc | | | | Notice Only |
| Account No. | | | | Freight services | | | | |
| Scharf Transport Inc 1825 Travis Street Lacrosse, WI 54601 | | - | | | | X | | 800.00 |
| Account No. | | | | Trade debt | | | | |
| Schilling Paper Company PO Box 369 La Crosse, WI 54602 | | - | | | | X | | 442.68 |

Sheet no. _36_ of _47_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  6,242.68

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                        ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Scougal Rubber Corp 885 Denmark Drive Ste 103 Mccarran, NV 89434 | X | - | | | | X | X | 61,788.19 |
| Account No. | | | | Trade debt | | | | |
| Seismic Energy Products, Inc A518 Progress Way Athens, TX 75751 | X | - | | | | X | X | 171,156.78 |
| Account No. | | | | Trade debt; pending litigation | | | | |
| Service Steel Warehouse LP PO Box 843965 Dallas, TX 75284-3965 | | - | | | | X | X | 112,117.88 |
| Account No. | | | | Trade debt | | | | |
| SLSB, LLC Dba St Louis Screw & Bolt PO Box 260 Madison, IL 62060-0260 | | - | | | | X | | 8,260.33 |
| Account No. | | | | Trade debt | | | | |
| Spectrum Machining Inc 630 Commerce St Holmen, WI 54636 | X | - | | | | X | X | 74,551.97 |

Sheet no. __37__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    427,875.15

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,        Case No. _____
_____
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>State Bank Financial<br>401 Main St.<br>La Crosse, WI 54601 | | - | Pending litigation | | X | X | 43,793.23 |
| Account No.<br><br>Daniel E. Dunn, Esq.<br>Addis Law Office<br>504 Main St, Ste 200<br>La Crosse, WI 54601 | | | Representing:<br>State Bank Financial | | | | Notice Only |
| Account No.<br><br>State Bank Financial<br>Attn. Kevin Leslie<br>401 Main Street<br>Brainerd, MN 56401 | | - | Bank overdrafts | | X | | 21,457.76 |
| Account No.<br><br>Steel Warehouse Co Inc<br>#774005<br>4005 Solutions Center<br>Chicago, IL 60677-4000 | | - | Trade debt | | X | | 37,791.86 |
| Account No.<br><br>Stone River Pharmacy Solutions<br>PO Box 504591<br>St Louis, MO 63150-4591 | | - | Services | | X | | 21.65 |

Sheet no. __38__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        103,064.50

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                              ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Superior Supply & Steel<br>PO Box 677427<br>Dallas, TX 75267-7427 | - | | Trade debt | | X | | 23,064.45 |
| Account No.<br><br>ViriCore<br>10115 Kincey Ave, Ste 100<br>Huntersville, NC 28078 | | | Representing:<br>Superior Supply & Steel | | | | Notice Only |
| Account No.<br><br>Terex Cranes<br>Attn. Dean Barley<br>106 - 12th Street SE<br>Waverly, IA 50677 | - | | Customer | X | X | | 811,000.00 |
| Account No.<br><br>Tim's Transport<br>76213 105 St<br>Leroy, MN 55951 | - | | Freight services | | X | | 14,900.00 |
| Account No.<br><br>Timberline Manufacturing, Inc<br>1050 Lyons Lane<br>Marion, IA 52302 | - | | Trade debt | | X | | 5,714.50 |

Sheet no. __39__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

854,678.95

B6F (Official Form 6F) (12/07) - Cont.

In re      PACAL Industries, LLC                                          ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | Trade debt | | | | |
| Timco Inc 2 Greentown Rd Buchanan, NY 10511 | | - | | | | X | | 4,291.68 |
| **Account No.** | | | | Trade debt | | | | |
| Tompkins Industries Inc 75 Remittance Dr - Ste 6210 Chicago, IL 60675-6210 | | - | | | | X | | 3,460.31 |
| **Account No.** | | | | Representing: Tompkins Industries Inc | | | | Notice Only |
| Transworld Systems Inc. 507 Prudential Rd Horsham, PA 19044 | | | | | | | | |
| **Account No.** | | | | Freight services | | | | |
| Total Quality Logistics PO Box 634558 Cincinnati, OH 45263-4558 | | - | | | | X | | 1,550.00 |
| **Account No.** | | | | Services | | | | |
| Transentric Inc 12567 Collections Center Dr Chicago, IL 60693 | | - | | | | X | | 50.00 |

Sheet no. __40__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        9,351.99

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC
                                                    ,        Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Lease | | | | | |
| Tri-State Business Machines PO Box 1807 La Crosse, WI 54602-1807 | | - | | | | X | | 1,943.97 |
| Account No. | | | Trade debt | | | | | |
| Triad Metals International 1 Village Rd Horsham, PA 19044-3800 | X | - | | | | X | X | 27,373.31 |
| Account No. | | | Trade debt | | | | | |
| Triple R Industries LLC 2501 Riley Rd Sparta, WI 54656 | | - | | | | X | | 4,394.61 |
| Account No. | | | Trade debt | | | | | |
| Uline PO Box 88741 Chicago, IL 60680-1741 | | - | | | | X | | 278.64 |
| Account No. | | | Representing: Uline | | | | | Notice Only |
| Caine & Weiner 1699 E Woodfield Rd Schaumburg, IL 60173 | | | | | | | | |

Sheet no. __41__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                33,990.53

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                      ,    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Services | | | | |
| United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577 | | - | | | | X | | 682.25 |
| Account No. | | | | Representing: United Parcel Service | | | | |
| Synter Resource 5935 Rivers Ave Ste 102 Charleston, SC 29406 | | | | | | | | Notice Only |
| Account No. | | | | Business organization | | | | |
| University of Wisconsin-Stout Discovery Center - B. Severson 410 10Th Av E, 278 Jarvis Hall Menomonie, WI 54751 | | - | | | | X | | 6,000.00 |
| Account No. | | | | Trade debt | | | | |
| US Nameplate Co PO Box 10 Mount Vernon, IA 52314 | | - | | | | X | | 3,075.11 |
| Account No. | | | | Freight services | | | | |
| Valley Cartage Group Inc 8665 Hudson Blvd N Ste 100 Lake Elmo, MN 55042 | | - | | | | X | | 26,577.66 |

Sheet no. __42__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,335.02

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                  ,                Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Representing: | | | | |
| Affiliated Credit Services 7381 Airport View Dr SW Rochester, MN 55902 | | | | Valley Cartage Group Inc | | | | Notice Only |
| Account No. | | | | Trade debt | | | | |
| Veritas Steel, LLC 2800 Melby Street Eau Claire, WI 54703 | | - | | | | X | | 11,079.82 |
| Account No. | | | | Freight services | | | | |
| Vitran Express 12225 Stephens Road Warren, MI 48089 | | - | | | | X | | 8,842.96 |
| Account No. | | | | Trade debt | | | | |
| Voss Engineering Inc PO Box 88497 Chicago, IL 60680-1497 | | - | | | | X | | 31,926.16 |
| Account No. | | | | Trade debt | | | | |
| WA Roosevelt Co PO Box 860067 Minneapolis, MN 55486-0067 | | - | | | | X | | 97.61 |

Sheet no. __43__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      51,946.55

B6F (Official Form 6F) (12/07) - Cont.

In re   PACAL Industries, LLC                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Walsh's Ace Hardware 1525 Bohmann Dr Richland Center, WI 53581 | - | | | | | X | | 972.34 |
| Account No. | | | | Pending litigation | | | | |
| Wausau Steel Company LLC 2901 Sherman St Wausau, WI 54401 | - | | | | | X | | 11,226.23 |
| Account No. | | | | Representing: Wausau Steel Company LLC | | | | Notice Only |
| George E. Warner, Jr., Esq. 120 S Sixth Street, Ste 1515 Minneapolis, MN 55402 | | | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Wausau Steel Corp PO Box 5699 Peoria, IL 61601-5699 | - | | | | | X | | 9,000.00 |
| Account No. | | | | Representing: Wausau Steel Corp | | | | Notice Only |
| Warner Law LLC 120 S Sixth Street, Ste 1515 Minneapolis, MN 55402 | | | | | | | | |

Sheet no. __44__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            21,198.57

B6F (Official Form 6F) (12/07) - Cont.

In re   PACAL Industries, LLC                                                    ,        Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Wecall Inc<br>64 Penniman Rd<br>PO Box 39<br>Orwell, OH 44076 | - | | Trade debt | | X | | 5,271.71 |
| Account No.<br><br>Wegpac<br>PO Box 649<br>Waupaca, WI 54981-0649 | - | | Freight services | | X | | 12,461.16 |
| Account No.<br><br>West Central Steel Inc<br>110 19th St NW<br>Willmar, MN 56201 | - | | Trade debt; pending litigation | | X | X | 27,663.39 |
| Account No.<br><br>Sarah B. Quigley, Esq.<br>Quigley Law Firm<br>7600 Parklawn Ave<br>Minneapolis, MN 55435 | | | Representing:<br>West Central Steel Inc | | | | Notice Only |
| Account No.<br><br>Wettstein Brothers Electric, I<br>214 Vine Street<br>La Crosse, WI 54602 | - | | Trade debt | | X | | 421.95 |

Sheet no. __45__ of __47__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,818.21

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Whetstone Machine Inc PO Box 867 52 Walnut St. Winona, MN 55987 | - | | | | X | | 8,620.77 |
| Account No. | | | Insurance | | | | |
| Willis of Minnesota Inc 1600 Utica Av S, #600 Minneapolis, MN 55416 | - | | | | X | | 4,530.13 |
| Account No. | | | Phone/internet services | | | | |
| Windstream Communications Norlight Inc PO Box 9001950 Louisville, KY 40290-1950 | - | | | | X | | 4,685.00 |
| Account No. | | | Trade debt | | | | |
| Wireformers Inc 500 Carboy Road Mt Prospect, IL 60056 | - | | | | X | | 3,541.56 |
| Account No. | | | Services | | | | |
| Wisconsin DNR Environmental Fees Drawer 93192 Milwaukee, WI 53293-0192 | - | | | | X | | 126.86 |

Sheet no. __46__ of __47__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,504.32

B6F (Official Form 6F) (12/07) - Cont.

In re    PACAL Industries, LLC                                    ,         Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business organization | | | | |
| WMC 501 E Washington Ave PO Box 352 Madison, WI 53701-0352 | - | | | | X | | 958.00 |
| Account No. | | | Utility | | | | |
| Xcel Energy PO Box 9477 Minneapolis, MN 55484-9477 | - | | | | X | | 14,328.78 |
| Account No. | | | Advertising | | | | |
| Yellow Pages United P.O. Box 53282 Atlanta, GA 30355 | - | | | | X | | 1,188.00 |
| Account No. | | | Trade debt | | | | |
| Young's Welding P O Box 466 Chanute, KS 66720-0466 | - | | | | X | | 10,052.00 |
| Account No. | | | Freight services | | | | |
| YRC PO Box 93151 Chicago, IL 60673-3151 | - | | | | X | | 389.00 |

Sheet no. _47_ of _47_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 26,915.78 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 24,441,632.49 |

B6G (Official Form 6G) (12/07)

.

In re    PACAL Industries, LLC                                    ,    Case No. _____
                                Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| Affiliated FM Insurance Co<br>PO Box 7500<br>Johnston, RI 02919 | Insured under policy in the name of PACAL Holdings, LLC<br>Minnesota Standard Fire Insurance [12/31/2014 - 12/31/2015]<br>Policy No. EP171 |
| American Finasco, Inc.<br>15425 North Fwy #120<br>Houston, TX 77090 | Debt management |
| Chubb Group of Insurance<br>15 Mountain View Rd<br>Warren, NJ 07059 | Insured under policy in the name of PACAL Holdings, LLC<br>Directors & Officers and Entity Liability Insurance [12/31/2014 - 12/31/2015]<br>Policy No. 8208-4026 |
| Fairchild Equipment<br>2140 Hutson Rd<br>Green Bay, WI 54303 | Forklift lease |
| First Dakota Indemnity Co<br>PO Box 860065<br>Minneapolis, MN 55486-0065 | Insured under policy in the name of PACAL Holdings, LLC<br>Workers Compensation and Employers Liability Insurance [12/31/2014 - 12/31/2015]<br>Policy No. WC020-0007399-2014A |
| The First Liberty Insurance C<br>100 Liberty Way<br>Dover, NH 03820 | Insured under policy in the name of PACAL, LLC<br>Business Auto Insurance [12/31/2014 - 12/31/2015]<br>Policy No. AS6-Z91-463453-014 |
| Great America Fin Svcs Corp<br>625 First Street SE<br>Cedar Rapids, IA 52401 | Lease of 2 Lincoln Power Wave S500 welders |
| Kaisercomm, Inc<br>4362 Round Lake Rd W- Ste 100<br>St Paul, MN 55112-3923 | Phone system |
| La Crosse Industrial Park Corp<br>C/O James Hill<br>712 Main Street<br>La Crosse, WI 54601 | Lease and related agreements of La Crosse Manufacturing Plant<br>[400 Car Street, La Crosse, WI] |
| Liberty Insurance Corporation<br>175 Berkeley St<br>Boston, MA 02117 | Insured under policy in the name of PACAL, LLC<br>Commercial Liability - Umbrella Insurance [12/31/2014 - 12/31/2015]<br>Policy No. TH7-Z91-463453-034 |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    PACAL Industries, LLC                           ,     Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Liberty Mutual Fire Insurance<br>100 Liberty Way<br>Dover, NH 03820 | Insured under policy in the name of PACAL, LLC<br>Commercial General Liability Insurance [12/31/2014 - 12/31/2015]<br>Policy No. TB2-Z91-463453-024 |
| Local 316 UAW AFL-CIO<br>c/o Anthony Rainey<br>680 Barclay Blvd<br>Lincolnshire, IL 60069 | Labor Agreement |
| Loffler Companies Inc<br>1101 E 78th Street<br>Minneapolis, MN 55420 | Lease of Canon Image Runner NC 11337-01 (SN DFW08173) |
| Mail Finance<br>25881 Network Place<br>Chicago, IL 60673-1258 | Lease of IS 350 Mailing machine N14022400 |
| NMHG Financial Services<br>PO Box 643749<br>Pittsburgh, PA 15264-3749 | Lease of Yale forklift and related equipment [SN C875V01650M] |
| PACAL, LLC<br>2500 County Road BW<br>Saint Paul, MN 55113 | Management Agreement |
| Terex USA LLC<br>106 - 12th Street SE<br>Waverly, IA 50677 | Bailment Agreement |
| Tri-State Business Mach Inc<br>PO Box 1807<br>La Crosse, WI 54602-1807 | Lease of 2 copiers [G8698 and G9929 SN CZJ00230] |
| Wesco Insurance Company<br>PO Box 318004<br>Independence, OH 44131 | Insured under policy in the name of PACAL Holdings, LLC<br>Excess Insurance [12/31/2014 - 12/31/2015]<br>Policy No. EUW108229401 |

Sheet   1   of   1   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    PACAL Industries, LLC _____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | AZZ Galvanizing Services<br>446 St Anthony Pkwy<br>Minneapolis, MN 55418 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Olympic Steel<br>5096 Richmond Rd<br>Bedford, OH 44146 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | American Tank & Fabr Co<br>12314 Elmwood Ave<br>Cleveland, OH 44111 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Fairway Painting & Sandblast<br>115 Union Street<br>Holmen, WI 54636 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Seismic Energy Products, Inc<br>A518 Progress Way<br>Athens, TX 75751 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Scougal Rubber Corp<br>885 Denmark Drive<br>Ste 103<br>Mccarran, NV 89434 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | McNeilus Steel Inc<br>PO Box 249<br>Dodge Center, MN 55927 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Hampton Hydraulics LLC<br>712 First Street NW<br>Hampton, IA 50441 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Triad Metals International<br>1 Village Rd<br>Horsham, PA 19044-3800 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Millerbernd Systems<br>330 6th Street S<br>PO Box 37<br>Winsted, MN 55395 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | La Crosse Industrial Park Corp<br>C/O James Hill<br>712 Main Street<br>La Crosse, WI 54601 |

1
_____ continuation sheets attached to Schedule of Codebtors

In re    PACAL Industries, LLC                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Capital Equipment Solutions<br>f/k/a Loeb Term Solutions LLC<br>4131 S State Street<br>Chicago, IL 60609 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Spectrum Machining Inc<br>630 Commerce St<br>Holmen, WI 54636 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | North Mill Capital LLC<br>5401 Gamble Drive, Ste 200<br>Minneapolis, MN 55416 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Lunda Construction Co.<br>PO Box 669<br>Black River Falls, WI 54615 |
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Chase Card Services<br>PO Box 94014<br>Palatine, IL 60094-4014 |
| PACAL, LLC<br>2500 County Road BW<br>Saint Paul, MN 55113 | Corporation Service Company<br>PO Box 2576<br>Springfield, IL 62708 |
| PACAL, LLC<br>2500 County Road BW<br>Saint Paul, MN 55113 | Pension Benefit Guaranty Corp<br>Attn Jon Chatalian, Esq.<br>1200 K Street, NW Ste 340<br>Washington, DC 20005 |
| PACAL, LLC<br>2500 County Road BW<br>Saint Paul, MN 55113 | Pension Benefit Guaranty Corp<br>Attn Jon Chatalian, Esq.<br>1200 K Street, NW Ste 340<br>Washington, DC 20005 |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Minnesota

In re    PACAL Industries, LLC                                                                     Case No.    _____

Debtor(s)                                Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President and CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___83___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    August 14, 2015                              Signature    /s/ Ervin F. Kamm
                                                                   Ervin F. Kamm
                                                                   President and CEO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## District of Minnesota

In re   PACAL Industries, LLC

Debtor(s)

Case No.

Chapter   7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $2,999,661.13 | 2015 YTD: Gross Sales |
| $13,958,176.00 | 2014: Gross Sales |
| $22,507,928.00 | 2013: Gross Sales |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

B7 (Official Form 7) (04/13)                                                                                                    2

---

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment SOFA 3b | | $0.00 | $0.00 |

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attachment SOFA 3c | | $0.00 | $0.00 |

---

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Minnesota Supply Company v. Pacal Industries LLC 62-CO-15-1545 | Civil - Conciliation | Ramsey Housing Conciliation [Transcript of Judgment filed in Ramsey County on 7/22/2015 as Court File No. 62-CV-15-4609] | Judgment entered 5/29/2015 |
| Wausau Steel Company LLC v. Pacal Industries LLC 62-CV-15-3752 | Civil | Ramsey County | Judgment entered against Debtor on 6/11/2015 |
| West Central Steel Inc. v. Pacal Industries LLC 62-CV-15-4217 | Civil | Ramsey County | Judgment entered against Debtor on 7/6/2015 |

---

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ranger Steel Services LP v. Pacal Industries LLC 62-CV-15-4218 | Civil | Ramsey County | Judgment entered against Debtor on 7/6/2015 |
| State Bank Financial v. Pacal Industries LLC and Ervin F. Kamm 2015-CV-000185 | Civil | La Crosse County, Minnesota | Judgment entered against Debtor on 7/31/2015 |
| First Supply v. Pacal Industries, LLC 2015-SC-000689 | Civil | La Crosse County Small Claims Court | Judgment entered against Debtor on 5/22/2015 |
| Mississippi Welders Supply Co. v. Erv Kamm, dba Pacal Industries, LLC 2015-SC-001181 | Civil | La Crosse County Small Claims Court | Pending |
| BBC Fasteners, Inc. v. Pacal Industries, LLC and Pacal, LLC 2015-M1-107929 | Civil | Cook County, Illinois | Pending |
| Kenilworth Steel Co. v. Pacal Industries LLC 2015 CV 00200 | Civil | Trumbull County, Ohio | Judgment entered against Debtor on 6/4/2015 |
| Service Steel Warehouse Co LP v. Pacal Industries, LLC 2014-55859 | Civil | Harris County, Texas | Pending |
| Zalk Steel & Supply Co. d/b/a AZZ Galvanizing - Minneapolis v. Pacal Industries, LLC; and Ervin F. Kamm, individually TBD | Civil | McLeod County | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Terex Cranes Koehring Cranes Inc 4814 Collections Center Dr Chicago, IL 60693 | | Inventory - $615,278.40 [estimated value] |
| NMHG Financial Services PO Box 643749 Pittsburgh, PA 15264-3749 | 8/2015 | 2 forklifts |

B7 (Official Form 7) (04/13)                                                                                                 4

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Tri-State Business Machines PO Box 1807 La Crosse, WI 54602-1807 | 8/2015 | 2 Photocopiers |

---

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

---

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

---

**8. Losses**

None
☐    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| We had approximately $6,168 worth of tools stolen from the plant on the night of January 26, 2015. We assume an ex-employee took the items as the perpetrator knew where the items were located. Police have not recovered. | | 1/26/2015 |

---

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    5

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Eide Bailly LLP<br>Us Bancorp Center<br>800 Nicollet Mall, Ste 1300<br>Minneapolis, MN 55402-7033 | 8/1/2014, 8/15/2014 and 8/22/2014 | Total of $15,000.00 |
| Heutmaker Business Advisors<br>5201 Eden Avenue, Ste 250<br>Minneapolis, MN 55436 | 7/28/2015 | $2,070.00 |
| Felhaber Larson<br>220 S Sixth Street, Ste 2200<br>Minneapolis, MN 55402 | | Compensation from the pension trust. |
| Integrated Consulting Svcs LLC<br>4917 W 93Rd St<br>Bloomington, MN 55437 | 1/16/2015 | $3,315.00 |
| Integrated Consulting Svcs LLC<br>4917 W 93Rd St<br>Bloomington, MN 55437 | February/March 2015 | $8,535.00; Sent directly by North Mill using Debtor available funds. |
| Alliance Management<br>601 Carlson Pkwy<br>Ste 110<br>Hopkins, MN 55305 | 6/19/2015 | $2,500.00 |
| Fredrikson & Byron PA<br>200 S 6th St<br>Ste 4000<br>Minneapolis, MN 55402 | See Compensation Statement of Attorney | |

**10.  Other transfers**

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| Christopher J. Swertfeger<br>2031 Loomis St<br>La Crosse, WI 54603<br>   Fromer employee | 4/2015 | Sold 2006 Mitsubishi Eclipse for $2,500.00 [VIN #4A3AK44T56E036253] |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)                                                                                                    6

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |
| C & C Machine Inc<br>159 Buchner Pl<br>La Crosse, WI 54603 | C&C Machine sold PACAL product to a customer named GMT.  The PACAL value of what was sold was offset what was owed to PACAL. | AMOUNT OF SETOFF<br>$35,000.00 |

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)                                                                                              7

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)                                                                                                                    8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

---

**19. Books, records and financial statements**

None     a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or
☐    supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Pamela J. Gilberg<br>2298 Copperfield Dr<br>Saint Paul, MN 55120 | 1985 - present |
| Lynn Peterson<br>414 Belmont Lane<br>Saint Paul, MN 55117 | 1979 - 12/2013 |

None     b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
☐    of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Eide Bailly LLP | Us Bancorp Center<br>800 Nicollet Mall, Ste 1300<br>Minneapolis, MN 55402-7033 | 2003 - present |

None     c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐    of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Pamela J. Gilberg | 2298 Copperfield Dr<br>Saint Paul, MN 55120 |
| Eide Bailly LLP | Us Bancorp Center<br>800 Nicollet Mall, Ste 1300<br>Minneapolis, MN 55402-7033 |

None     d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
☐    issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| See Attachment SOFA 19d | |

---

**20. Inventories**

None     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐    and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| June 15 - 25, 2015 (Full physical inventory) | Chris Hefty | $1,019,840 - includes TEREX inventory |
| May 5, 2015 (Cycle Count) | Chris Hefty | $1,288,369 - includes TEREX inventory |

B7 (Official Form 7) (04/13)                                                                                                       9

None
☐       b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| June 15 - 25, 2015 (Full physical inventory) | Kenneth Kamm<br>2335 Yuma Lane N<br>Plymouth, MN 55447 |
| May 5, 2015 (Cycle Count) | Kenneth Kamm<br>2335 Yuma Lane N<br>Plymouth, MN 55447 |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
■       a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐       b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Ervin F. Kamm<br>715 Rice Street E<br>Wayzata, MN 55391 | Director | 16.1% Ervin F. Kamm, as an individual, via PACAL Holdings, LLC [Common shares]<br>57.4% Ervin F. Kamm, as an individual, via PACAL Holdings, LLC [Preferred shares]<br>9.3% Ervin F. Kamm IRA, via PACAL Holdings, LLC [Common shares]<br>74.6% Kamm Enterprises, LLC, via PACAL Holdings, LLC [Common shares]<br>32.4% Kamm Enterprises, LLC, via PACAL Holdings, LLC [Preferred shares] |
| Kenneth Kamm<br>2335 Yuma Lane N<br>Plymouth, MN 55447 | Director of Operations | |

---

### 22 . Former partners, officers, directors and shareholders

None
■       a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐       b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| James Collinge<br>6300 Merrimac Ln N<br>Maple Grove, MN 55311 | Director | 3/11/2015 |
| Kenneth Kamm<br>2335 Yuma Lane N<br>Plymouth, MN 55447 | Director | 3/2015 |

B7 (Official Form 7) (04/13)                                                                                      10

**23 . Withdrawals from a partnership or distributions by a corporation**

None  
☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ervin F. Kamm 715 Rice Street E Wayzata, MN 55391 Director | August 2014 to July 2015 - interest payments for personal loans | $12,000.00 |
| Kenneth Kamm 2335 Yuma Lane N Plymouth, MN 55447 Director | August 2014 to July 2015 - wages & benefits | $180,464.58 |
| James Collinge 6300 Merrimac Ln N Maple Grove, MN 55311 Director | 2014 Board fees | $2,000.00 |

**24. Tax Consolidation Group.**

None  
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None  
☐ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| National Integrated Group Pension Plan | Unknown (Debtor not the servicer) |
| Pension Benefit Guaranty Corp | Unknown |

* * * * * *

# Attachment SOFA 3b

| Date | Mode | Payee | Amount | Sub Total |
|------|------|-------|--------|-----------|
| 05/29/15 | Electronic | Assurant Empl Benefits | $2,292.15 | |
| 06/25/15 | Electronic | Assurant Empl Benefits | $5,389.25 | |
| 08/04/15 | Electronic | Assurant Empl Benefits | $1,491.15 | $9,172.55 |
| 05/12/15 | 2162 | AZZ Galvanizing | $1,700.00 | |
| 05/18/15 | 2167 | AZZ Galvanizing | $2,500.00 | |
| 05/27/15 | Electronic | AZZ Galvanizing | $2,500.00 | |
| 06/01/15 | 2181 | AZZ Galvanizing | $2,500.00 | |
| 06/11/15 | Electronic | AZZ Galvanizing | $630.56 | |
| 06/19/15 | Electronic | AZZ Galvanizing | $2,000.00 | |
| 06/25/15 | 2221 | AZZ Galvanizing | $250.00 | |
| 07/02/15 | 2231 | AZZ Galvanizing | $150.00 | $12,230.56 |
| 06/01/15 | Electronic | Blue Cross/Blue Shield | $11,228.05 | |
| | Electronic | Blue Cross/Blue Shield | $9,330.55 | $20,558.60 |
| 05/14/15 | Electronic | Cain & Daniels/State Bank Financial | $10,000.00 | |
| 05/28/15 | Electronic | Cain & Daniels/State Bank Financial | $9,000.00 | $19,000.00 |
| 05/29/15 | 2173 | First Dakota Indemnity Co | $16,201.00 | $16,201.00 |
| 05/11/15 | 2160 | Flatiron Capital | $24,795.52 | |
| 06/01/15 | 2182 | Flatiron Capital | $8,129.68 | $32,925.20 |
| 05/15/15 | 2164 | Fredrikson & Byron PA | $4,000.00 | |
| 06/01/15 | 2183 | Fredrikson & Byron PA | $2,000.00 | |
| 08/04/15 | Electronic | Fredrikson & Byron, PA | $35,000.00 | $41,000.00 |
| 07/29/15 | 2235 | Kruger Bookkeeping & Acctg | $11,000.00 | $11,000.00 |
| 05/20/15 | 2168 | La Crosse City Treasurer | $6,996.07 | $6,996.07 |
| 05/05/15 | Electronic | La Crosse Petty Cash (Wells Fargo Acct) | $4,000.00 | |
| 05/11/15 | Electronic | La Crosse Petty Cash (Wells Fargo Acct) | $2,500.00 | |
| 05/14/15 | Electronic | La Crosse Petty Cash (Wells Fargo Acct) | $2,500.00 | |
| 05/20/15 | Electronic | La Crosse Petty Cash (Wells Fargo Acct) | $3,000.00 | |
| 05/27/15 | Electronic | La Crosse Petty Cash (Wells Fargo Acct) | $2,500.00 | |
| 06/01/15 | Electronic | La Crosse Petty Cash (Wells Fargo Acct) | $2,500.00 | |
| 06/04/15 | Electronic | La Crosse Petty Cash (Wells Fargo Acct) | $2,500.00 | |
| 06/11/15 | Electronic | La Crosse Petty Cash (Wells Fargo Acct) | $3,500.00 | $23,000.00 |
| 05/15/15 | 2165 | Liberty Life Assurance | $4,958.18 | |
| 06/09/15 | 2208 | Liberty Life Assurance | $4,854.77 | $9,812.95 |
| 05/06/15 | Electronic | Loeb | $4,526.91 | |
| 05/13/15 | Electronic | Loeb | $4,526.91 | |
| 05/20/15 | Electronic | Loeb | $8,553.82 | |
| 06/03/15 | Electronic | Loeb | $4,526.91 | |
| 06/11/15 | Electronic | Loeb | $4,526.91 | |
| 06/17/15 | Electronic | Loeb | $4,526.91 | |
| 06/25/15 | Electronic | Loeb | $4,526.91 | |
| 07/02/15 | Electronic | Loeb | $4,026.91 | |
| 07/08/15 | Electronic | Loeb | $4,026.91 | |
| 07/15/15 | Electronic | Loeb | $5,026.91 | $48,796.01 |

## Attachment SOFA 3b

| Date | Mode | Payee | Amount | Sub Total |
|---|---|---|---|---|
| 06/15/15 | Electronic | MN sales tax | $10,000.00 | |
| 07/15/15 | Electronic | MN sales tax | $10,000.00 | |
| | Electronic | MN sales tax | $7,118.00 | |
| | Electronic | MN sales tax | $6,576.95 | |
| | Electronic | MN sales tax | $3,423.05 | |
| | Electronic | MN sales tax | $66.00 | $37,184.00 |
| 06/05/15 | 2197 | Olympic Steel | $7,615.00 | $7,615.00 |
| 05/29/15 | 2176 | Paetec | $1,712.42 | |
| 06/19/15 | 2216 | Paetec | $1,738.45 | |
| | Electronic | Paetec | $3,476.62 | $6,927.49 |
| 05/29/15 | 2177 | Ras-Pac Holdings LLC | $9,069.68 | |
| 07/01/15 | 2230 | Ras-Pac Holdings LLC | $14,251.77 | $23,321.45 |
| 06/20/15 | Electronic | WI sales tax | $16,349.80 | |
| | Electronic | WI sales tax | $14,517.57 | |
| | Electronic | WI sales tax | $14.09 | $30,881.46 |
| 05/11/15 | 2161 | Willis of Minnesota Inc | $13,590.39 | |
| 05/15/15 | 2166 | Willis of Minnesota Inc | $4,530.13 | |
| 05/29/15 | 2180 | Willis of Minnesota Inc | $4,530.13 | $22,650.65 |
| 05/12/15 | 2163 | Xcel Energy | $29,724.33 | |
| 06/11/15 | 2209 | Xcel Energy | $8,755.40 | $38,479.73 |

Attachment SOFA 3c

**Transfers from Debtor to Pacal, LLC:**

| | Ck # | Amount | Description |
|---|---|---|---|
| 08/13/14 | 368711 | $25,000.00 | Payroll transfer |
| 08/27/14 | 368813 | $15,000.00 | Payroll transfer |
| 09/10/14 | 368860 | $7,500.00 | Payroll transfer |
| 09/24/14 | 368916 | $12,500.00 | Payroll transfer |
| 10/02/14 | 368959 | $1,000.00 | Payroll transfer |
| 10/09/14 | 368981 | $7,500.00 | Payroll transfer |
| 10/22/14 | 369046 | $15,000.00 | Payroll transfer |
| 11/04/14 | 369105 | $5,000.00 | Payroll transfer |
| 11/05/14 | 369110 | $13,000.00 | Payroll transfer |
| 11/20/14 | 369158 | $15,000.00 | Payroll transfer |
| 11/26/14 | 369197 | $5,000.00 | Payroll transfer |
| 12/04/14 | 369208 | $12,000.00 | Payroll transfer |
| 12/18/14 | 369269 | $12,000.00 | Payroll transfer |
| 01/02/15 | 369297 | $15,000.00 | Payroll transfer |
| 01/15/15 | 369303 | $30,000.00 | Payroll transfer |
| 03/16/16 | Bank xfer | $12,500.00 | Payroll transfer |
| 03/27/15 | 2102 | $12,000.00 | Payroll transfer |
| 04/22/15 | Bank xfer | $13,500.00 | Payroll transfer |
| 05/11/15 | Bank xfer | $1,500.00 | Payroll transfer |
| 06/11/15 | Bank xfer | $1,000.00 | Payroll transfer |
| 07/10/15 | Bank xfer | $1,500.00 | Payroll transfer |
| 08/04/15 | Bank xfer | $7,500.00 | Payroll transfer |

Attachment SOFA 3c

**Payments to insiders:**

| | Ck # | Amount | Description |
|---|---|---|---|
| **James Collinge, Board Member:** | | | |
| 09/02/14 | 368846 | $2,000.00 | Board compensation |
| | | | |
| **Benjamin Collinge son of James Collinge** | | | |
| 08/05/15 | 2240 | $160.00 | Moving/Disposal/Packing services |
| | | | |
| **Kenneth Kamm, Board member/ Vice-president** | | | |
| 09/02/14 | 368847 | $623.62 | 8/10 Expense report reimbursement |
| 10/10/14 | 368995 | $620.23 | 9/17 Expense report reimbursement |
| 11/14/14 | 369143 | $546.70 | 10/19 Expense report reimbursement |
| 12/19/14 | 369279 | $412.91 | 11/16 Expense report reimbursement |
| 05/01/15 | 2144 | $3,845.82 | 12/17-14 - 4/24/15 Expense report reimbursement |
| | | | |
| **Erv Kamm, President/CEO:** | | | |
| 09/29/14 | 368933 | $1,500.00 | Interest on note to Debtor |
| 10/17/14 | 369040 | $1,500.00 | Interest on note to Debtor |
| 11/21/14 | Wire pmt | $1,500.00 | Interest on note to Debtor |
| 12/19/14 | Wire pmt | $1,500.00 | Interest on note to Debtor |
| 04/07/15 | Wire pmt | $4,500.00 | Interest on note to Debtor |
| 08/15/14 | Wire pmt | $2,081.99 | Expense report reimbursement |
| 10/10/14 | Wire pmt | $1,432.13 | 10/7 expense report reimbursement |
| 10/24/14 | Wire pmt | $2,155.90 | Expense report reimbursement |
| after 8/1/2014 | | $5,242.96 | Payments to Mercedes Benz Financial for Auto Lease |
| after 8/1/2014 | | $1,658.00 | Payments to Willis of MN for automobile insurance |
| after 8/1/2014 | | $450.00 | Payment to VISA Black card for annual fee |
| after 8/1/2014 | | $500.00 | Payment to American Express card for annual fee |
| after 8/1/2014 | | $1,213.64 | Payment to Wayzata Country Club for social dues |
| after 8/1/2014 | | $350.00 | Payment to World Presidents' Organization for dues |

## Attachment SOFA 19d

| Name | Address |
| --- | --- |
| Laura Bahr, Regional Credit Manager<br>McNeilus Steel | PO Box 249<br>Dodge Center, MN 55927 |
| Michael R. Colloton, VP Business Dev<br>First Business Capital Corp | 18500 W Corporate Drive<br>Brookfield, WI 53008 |
| Dean Barley, VP & General Manager<br>TEREX Cranes North America | 106 - 12th Street SE<br>Waverly, IA 50677 |
| Brian J. Van Nevel, CEO<br>Joel A. Dammann, VP<br>SPECTRUM Commercial Services Co | Two Apple Tree Square, Ste 205<br>8011 - 34th Avenue S<br>Bloomington MN 55425 |
| Jonathan Bloom, VP Business Dev<br>Angie Mojica, Credit Manager<br>Loeb Term Solutions | 4131 S State Street<br>Chicago, IL 60609 |
| Tim Brennan, CEO<br>River Steel | 1115 Industrial Drive<br>West Salem, WI 54669 |
| Donna Danatto, VP<br>Todd Senger, President<br>BMO Private Bank | 50 S Sixth Street, Ste 1000<br>Minneapolis MN 55402 |
| Tony Dobek, VP Business Dev<br>LSQ Funding | 2113 Girard Avenue S<br>Minneapolis MN 55405 |
| Rodney Gisztl, Sr. Credit Manager<br>Olympic Steel | 5096 Richmond Rd<br>Bedford Heights, OH 44146 |
| Ethan Finkell, Sr. Funding Analyst<br>Yellowstone Capital | 160 Pearl Street, 5th Floor<br>New York NY 10005 |
| James P. Hill, Executive Director<br>LaCrosse Area Development Corp | 712 Main Street<br>LaCrosse WI 54601 |
| Richh Flamang, VP Business Dev<br>Summit Financial Resources | 2800 Enterprise Ave, Ste 15<br>Appleton, WI 54913 |
| John Hoagberg, VP Business Dev<br>First Business Capital Corporation | 1500 McAndrews Rd W, Ste 241<br>Burnsville, MN 55337 |
| Michael Houlihan, Global Sourcing Manager<br>JBT Aero Tech | 7300 Presidents Drive<br>Orlando, FL 32809 |
| Robert Kroll, CEO<br>Kroll Capital LLC | 5353 Wayzata Blvd, Ste 403<br>Minneapolis, MN 55416 |
| Joe Kiefer<br>Indigo Network LLC | 1116 Taylor Ave<br>Belleview KY 41073 |
| Jeff Kumfer<br>Coulee Bank | 1516 Losey Blvd S<br>LaCrosse WI 54601 |

## Attachment SOFA 19d

| Name | Address |
| --- | --- |
| Brock Kline<br>Michael Knight<br>Alliance Management | 601 Carlson Pkwy, Ste 110<br>Minneapolis, MN 55305 |
| Kevin Leslie, EVP<br>State Bank Financial | 401 Main Street<br>LaCrosse WI 54601 |
| Paul Luber<br>Super Steel | 7900 W Tower Avenue<br>Milwaukee, WI 53223 |
| Dan Meddaugh, VP<br>Air Gas North Central | 2400 Terminal Rd<br>Roseville MN 55113 |
| Don Speight, VP<br>Air Gas North Central | 6191 McKinley St NW<br>Ramsey MN 55303 |
| John Milbauer<br>Drake Bank | |
| Gina Miller<br>Wells Fargo Bank | 305 Fifth Avenue S<br>LaCrosse WI 54601 |
| Daniel Murphy, CFO<br>Ligon Industries Hydraulic Cylinder Group | |
| Jamie R. Nero<br>Credit Suisse | 1101 Skokie Blvd, Ste 350<br>Northbrook IL 60062 |
| Anthony Rainey, International Rep<br>UAW Region 4 | 680 Barclay Blvd<br>Lincolnshire IL 60069 |
| Bob Stockard<br>Innovative Capital Holdings LLC | 225 Banyan Blvd, Ste 230<br>Naples, FL 34102 |
| Scott Stone<br>Tetra Financial Group | 6995 Union Park Ctr, Ste 400<br>Cottonwood Heights, UT 84047 |
| Kallie Swartz<br>PAE Systems | 707 County Rd E West<br>Shoreview MN 55126 |
| Brian Spitz, VP Finance<br>AT&F | 12314 Elmwood Ave<br>Cleveland OH 44111 |
| Paul Thomas<br>Elliott Equipment Company | 4427 S 76th Circle<br>Omaha NE 68127 |
| Amerisource Funding | 970 Reserve Dr<br>Roseville CA 95678 |
| Bibby Financial Services | 11203 Cedar Points Dr<br>Minnetonka MN 55305 |
| Capflow Funding | 301 Route 17N, Ste 800<br>Rutherford NJ 07070 |
| Channel Partners | 6433 Sycamore Court N<br>Maple Grove MN 55369 |

## Attachment SOFA 19d

| Name | Address |
| --- | --- |
| Culver Capital Group | 3 Hutton Center Dr, Ste 400<br>Santa Anna CA 92707 |
| Entrust | www.entrustms.com |
| Fastpoint | |
| Franklin Capital Network | |
| Gateway Trad Funding | 600 Central Ave, Ste 212<br>Highland Park IL 60035 |
| Knight Capital Funding | 9 E Loockerman St, Ste 3A-543<br>Dover DE 19901 |
| Marquette Commercial Finance | |
| North Mill | 5401 Gamble Drive, Ste 200<br>Minneapolis MN 55416 |
| Partner Funding | 9810 Irvine Ctr Dr<br>Irvine CA |
| Ravinia Capital | 185 N Franklin Ave<br>Chicago IL 60606 |
| Spot On Financial | 422 E Vermijo Street<br>Colorado Springs CO 80903 |
| Summit Financial Resources | 2455 E Parleys Way, Ste 200<br>Salt Lake City UT 84109 |
| Synergy Capital | 286 Watchogue Rd, 2nd Floor<br>Staten Island NY 10314 |
| The Business Backer | 10101 Alliance Rd, Ste 140<br>Cincinnati OH 45242 |
| US Bank | |

11

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date  August 14, 2015                            Signature   /s/ Ervin F. Kamm
                                                             Ervin F. Kamm
                                                             President and CEO


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Local Form 1007-1 (05/14)

# United States Bankruptcy Court
## District of Minnesota

In re   PACAL Industries, LLC

Debtor(s)

Case No.

Chapter   7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.      Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal Services, I have agreed to accept ............................ | $ | 34,665.00 |
| Prior to the filing of this statement I have received .............. | $ | 34,665.00 |
| Balance Due ........................................................... | $ | 0.00 |

2.    The source of the compensation paid to me was:
■  Debtor                          ☐  Other (specify)

3.    The source of the compensation to be paid to me is:
■  Debtor                          ☐  Other (specify)

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people or entities sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

(a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

(b) Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

(c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

(d) Representation of the debtor in contested bankruptcy matters; and

(e) Other services reasonably necessary to represent the debtor(s).

6.    Pursuant to Local Rules 1007-1 and 1007-3-1, I have advised the debtor of the requirements of paragraph 9 of the Statement of Financial Affairs of the duty to disclose all payments made, or property transferred, by or on behalf of the debtor to any person, including attorneys, for consultation concerning debt consolidation or reorganization, relief under bankruptcy law, or preparation of a petition in bankruptcy. I have reviewed the debtor's disclosures and they are accurate and complete to the best of my knowledge.

Local Form 1007-1

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy case.

Dated: August 14, 2015

Signature of Attorney
/s/ Ryan T. Murphy
Ryan T. Murphy 311972

# United States Bankruptcy Court
### District of Minnesota

In re   PACAL Industries, LLC                                      Case No.

                                            Debtor(s)     Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   August 14, 2015                     /s/ Ervin F. Kamm

                                                    Ervin F. Kamm/President and CEO
                                                      Signer/Title

Capital Equipment Solutions
f/k/a Loeb Term Solutions LLC
4131 S State Street
Chicago IL 60609


Corporation Service Company
PO Box 2576
Springfield IL 62708


Ervin F. Kamm
715 Rice Street E
Wayzata MN 55391


LSQ Funding Group, LC
2600 Lucien Way, Ste 100
Maitland FL 32751


North Mill Capital LLC
5401 Gamble Drive, Ste 200
Minneapolis MN 55416


WI Dept of Workforce Dev
c/o WI DOJ
PO Box 7857
Madison WI 53707


John P. Abbott
1025 Oak Ave S Lot E-11
Onalaska WI 54650


Michael C. Abbott
910 Oak Ave N
Onalaska WI 54650


Emil R. Alford
807 Wisconsin St
Cashton WI 54619

Dyrke J. Althof
W1324 Hillside Lane
Stoddard WI 54658


James J. Aponte
1631 George St
LaCrosse WI 54603


Gary J. Beck
E 519 Hickory Ridge Rd
Genoa WI 54632


Mark A. Bedney
45006 Hayes St
Rushford MN 55971


James H. Berg
24238 Fifth Street
Trempealeau WI 54661


Joe C. Bernhardt
3019 South 28th Street
La Crosse WI 54601


Tamara R. Bielawski
7311 Lyric Lane
Minneapolis MN 55432


Ryan D. Blexrud
1413 Brookwood Dr
LaCrescent MN 55947-8788


Dustin J. Bundy
1902 S 30th St
LaCrosse WI 54601

Patrick J. Butler
921 Charles St
La Crosse WI 54603


David J. Campton
PO Box 61
Hokah MN 55941


David D. Ciano
W4300 County Rd M #10
La Crosse WI 54601-2550


City Treasurer - La Crosse
2nd Floor - City Hall
400 La Crosse St
La Crosse WI 54601


Jason C. Clark
W7404 CTH T
Holmen WI 54636


Philip J. Conrad
1403 Hyde Ave
Lacrosse WI 54601


Michael J. Davis
1527 Bainbridge St
LaCrosse WI 54603


William L. Delao
323 N Pine St
Caledonia MN 55921-1258


Janet S. Denboer
33583 Co Rd 1
La Crescent MN 55947

Jeremy J. Dregne
W 4266 Cty Rd M #22
LaCrosse WI 54601


Rickard J. Ewert
20 Westminster Ave
Holmen WI 54636


Anthony Fish
W409 County Rd K
Stoddard WI 54658-9062


Patrick W. Fisher
1403 N 64th Street
Wauwatosa WI 53213


William C. Frye
706 S 6th St
La Crosse WI 54601


Paul F. Giertych
W5844 Cty Rd V
Holmen WI 54636


Pamela J. Gilberg
2298 Copperfield Dr
Saint Paul MN 55120


Andrew P. Grant
617 N Rusk Ave
Viroqua WI 54665


James M. Hartmann
2516 Seventh Street S
La Crosse WI 54601

Christopher J. Hefty
7811 Knoll Dr
Circle Pines MN 55014


Brad J. Holland
18012 County 26
Houston MN 55943


Tony C. Holter
600 Cedar St, PO Box 235
Hokah MN 55941


Kevin M. Huff
6930 Cardinal Rd
Sparta WI 54656


Illinois DOT
Bureau of Design & Environment
2300 S Dirksen Pkwy - Rm 323
Springfield IL 62764


Internal Revenue Service
Centralized Insolvency Operat.
PO Box 7346
Philadelphia PA 19101


Iowa Dept of Revenue
Sales/Use Tax Processing
PO Box 10412
Des Moines IA 50306


Kenneth E. Kamm
2335 Yuma Ln N
Minneapolis MN 55447


Thomas D. Kirchoff
802 Cedar
Hokah MN 55941

John D. Koch
603 W Washington St.
Caledonia MN 55921


John H. Koch
204 N Pine
Caledonia MN 55921


La Cross County Treasurer
Administration Ctr - Rm 1290
400 Fourth Street N
La Crosse WI 54601


Lao Lee
314 Sunset Dr
Holmen WI 54636


Chai Lor
1516 Cliffview Dr
Holmen WI 54636


Chue Lor
1128 11th St S.
Lacrosse WI 54601


Pheng Lor
405 Hillcrest Dr
Holmen WI 54636


Timothy P. Lorenz
6583 State 44
Hokah MN 55941


Darren J. Lucht
10575 - 256th Avenue NW
Zimmerman MN 55398

Robert P. Mattson
2239 Wyndemere Ln
Saint Paul MN 55122


Linda K. McCauley
845 Tahoe Dr
Onalaska WI 54650


Jeremy J. Michel
W5229 Boma Rd
Lacrosse WI 54601


MN Department of Revenue
Collection Enforcement
551 Bky Section - PO Box 64447
St. Paul MN 55164


Matt J. Mormann
2119 Wood St
Lacrosse WI 54603


Pao F. Moua
N15143 State Rd 35
Trempealeau WI 54661


Alan A. Noel
1329 Charles
Lacrosse WI 54603


North Dakota State Tax Commiss
600 E Boulevard Ave
Dept 127
Bismarck ND 58505


Timothy F. O'Riordan
518 Quincy St
Onalaska WI 54650

Lawrence H. Olson
7206 - 116th Place N
Champlin MN 55316


Rodney A. Olson
N 7006 Bice Ave
Holmen WI 54636


Robert C. Paggi
1018 E Caledonia St
Caledonia MN 55921


Lynn M. Peterson
414 Belmont Lane
Maplewood MN 55117


William M. Poellinger
2540 Bainbridge St
LaCrosse WI 54603


William S. Pringle
606 W Wabasha St
Winona MN 55987


Ramsey County Treasurer
90 W Plato Blvd
Saint Paul MN 55107


Kenneth A. Rask
18757 State 76
Caledonia MN 55921


Kurtis A. Ruegg
W8328 Northshore Dr
Onalaska WI 54650

James H. Schaffer
301 S East Ave
Viroqua WI 54665


Jennifer L. Schaller
N16388 Dale Valley Ln
Galesville WI 54630


Keith A. Schlaver
N4691 Hwy 162
Bangor WI 54614


Kevin K. Schmidt
16105 Prairie Ridge Rd
Caledonia MN 55921


Shaun W. Schmitz
830 Hill St
Cashton WI 54619


Douglas W. Shughart
617 Alpine Lane
Holmen WI 54636


Albert C. Solis
N 3819 County Road J
Rockland WI 54653


South Dakota Dept of Rev
445 E Capitol Ave
Pierre SD 57501


Michael S. Steele
W5585 County Rd MM #102
LaCrosse WI 54601

Gregory L. Stevens
205 Caledonia St
La Crosse WI 54603


Travis E. Stevenson
1413 5th S Apt 8
LaCrosse WI 54601


Wyman L. Stevenson
CTH S W5475
Onalaska WI 54650


Christopher J. Swertfeger
2031 Loomis St
La Crosse WI 54603


Cha Thao
1518 Viking Ave
Holmen WI 54636


Patrick A. Thicke
627 Linden Ln
West Salem WI 54669


Thomas H. Thompson
7138 Manna Ave
Cashton WI 54619


Jason A. Thompson
914 South St
Cashton WI 54619


Jaymeson V. Urbick
426 18th Place
LaCrosse WI 54601

Pao  Vang
1456  Waterloo  Ave
West Salem WI 54669


Shawn  X.  Vang
812  Evergreen  Dr
Holmen WI 54636


Tong  Vang
1820  Onalaska  Ave
LaCrosse WI 54603


Nhia  T.  Vue
911  Liberty  Street
Lacrosse WI 54603


James  J.  Walleser
475  Shaw  Street
Lansing IA 52151


Jean  A.  Warnsholz
4230  Edgemont  St
Saint Paul MN 55127


Amos  Washington
130  W  Oakville
Belle Chasse LA 70037


WI  Department  of  Revenue
5-77  Mail  Stop
PO  Box  8902
Madison WI 53708


Mark  A.  Wilson
1348  Kane  St
Lacrosse WI 54603

Thomas A. Woodhouse
N902 King Hill Rd.
Genoa WI 54632


Joua Kao Xiong
950 Lincoln St
Onalaska WI 54650


Mor Xiong
305 Monarch Ln
Holmen WI 54636


Waleng Xiong
1608 Cliffview Drive
Holmen WI 54636


Kong Yang
570 Braund St #1
Onalaska WI 54650


Nou Yang
821 Lake St
Onalaska WI 54650


Ger Ziong
751 Domke Street
Onalaska WI 54650


Jennifer L. Zumach
205 3rd St
Hokah MN 55941


A & G Engineering Inc
111 S Shannon Dr
Shakopee MN 55379

A-Line Machine Tool Co
PO Box 1566
La Crosse WI 54602-1566


The A588 & A572 Steel Company
133 Sebago Lake Drive
Sewickley PA 15143


Airgas USA, LLC
PO Box 802576
Chicago IL 60680-2576


All Industry Supplies
6250 Bunker Lake Blvd Ste 103
Ramsey MN 55303


Allegis Corporation
PO Box 490007
Minneapolis MN 55449-0007


American Inst of Steel Constr
C/O Legacy Professionals LLP
Dept 978763, PO Box 8763
Carol Stream IL 60197-8763


American Tank & Fabr Co
12314 Elmwood Ave
Cleveland OH 44111


Aramark Uniform Services Inc
Aus Lacrosse Mc Lockbox
26605 Network Place
Chicago IL 60673-1266


Assembly Specialty Products
14700 Brookpark Rd
Cleveland OH 44135-5166

Astralloy Steel Products
24935 Network Pl
Chicago IL 60673-1249


Automotive Resources Inc
12775 Randolph Ridge Lane
Manassas VA 20109


AZZ Galvanizing Services
446 St Anthony Pkwy
Minneapolis MN 55418


B & F Fastener Supply
7100 Sunwood Dr
Ramsey MN 55303


BBC Fasteners Inc
4210 Shirley Lane
Alsip IL 60803


Bernie Buchner Inc
224 Causeway Blvd
La Crosse WI 54603


BFT Inc
21338 Sinclair Ave
Allison IA 50602


BPS Incorporated
314 State Hwy 35
Osceola WI 54020


C & C Machine Inc
PO Box 2317
Lacrosse WI 54602-2317

Caplugs
3012 Momentum Pl
Chicago IL 60689-5330


Caps' n Plugs
165 Sun Pac Blvd - Unit 4
Brampton, ON L6S 5Z6
CANADA


Carquest Auto Parts La Crosse
PO Box 404875
Atlanta GA 30384-4875


Carrier-Oehler Co
PO Box 40
South Holland IL 60473-0040


Cary Heating & Air Cond Co Inc
808 Copeland
La Crosse WI 54603-2657


CBS Graphics
72 Copeland Ave
La Crosse WI 54603


Central Transport Intl Inc
PO Box 33299
Detroit MI 48232


CenturyLink
PO Box 4300
Carol Stream IL 60197-4300


Challman & Company
2900 14Th Ave S
PO Box 7264
Mpls MN 55407

Chappell Central Inc
2101 Nw Gorton Ave
PO Box 916
Willmar MN 56201

Chase Card Services
PO Box 94014
Palatine IL 60094-4014

Chicago Metal Rolled Products
6289 Eagle Way
Chicago IL 60678-1062

Chief Industries Inc
PO Box 4920
Grand Island NE 68802-4920

Dean Chudy
N1675 Powers Lake Rd
Powers Lake WI 53159

James Collinge
6300 Merrimac Ln N
Maple Grove MN 55311

Connaughty Industries, Inc
1000 Technology Drive
Rushford MN 55971

Conway
PO Box 982020
North Richland Hills TX 76182

Cope Plastics
PO Box 368
Godfrey IL 62035-0368

Coulee Region Mech Contractors
2255 Palace St
La Crosse WI 54603


Coverall North America, Inc
2955 Momentum Place
Chicago IL 60689


Cox Industries
PO Box 480366
New Haven MI 48048-0366


Culligan Water Cond
PO Box 217
La Crosse WI 54602-0217


D-Lux Screen Printing, Inc
302 North Star Road
PO Box 127
Holmen WI 54636-0127


Dakota Supply Group
2727 Commerce St
La Crosse WI 54603


Dalsin Industries
SDS-12-2436
PO Box 86
Minneapolis MN 55486-2436


Delta Dental of Minnesota
Nw 5772
PO Box 1450
Minneapolis MN 55485-5772


E & A Products Inc
11885 Brockton Lane
Maple Grove MN 55369

Earle M Jorgensen Co
75 Remittance Dr - Ste 6492
Chicago IL 60675-6492

Eide Bailly LLP
Us Bancorp Center
800 Nicollet Mall, Ste 1300
Minneapolis MN 55402-7033

Esab Welding & Cutting Prods
PO Box 417540
Boston MA 02241-7540

Fabtrol Systems Inc
1 E Broadway - Ste 100
Eugene OR 97401

Fairway Painting & Sandblast
115 Union Street
Holmen WI 54636

Farrell Equip & Supply Co Inc
1510 N Hastings Way
Eau Claire WI 54703

Fastenal Co
PO Box 1286
Winona MN 55987-1286

Fedex Freight
Dept Ch
PO Box 10306
Palatine IL 60055-0306

Felhaber Larson
220 S Sixth Street, Ste 2200
Minneapolis MN 55402

Ferrellgas
PO Box 173940
Denver CO 80217-3940


Fire Protection Specialists
PO Box 289
Bangor WI 54614


First Supply
106 Cameron Ave
PO Box 1028
Lacrosse WI 54602-1028


Flatiron Capital
PO Box 712195
Denver CO 80271-2195


Fowler & Hammer Inc
157 Sumner St
PO Box 485
La Crosse WI 54602-0485


Fredrikson & Byron PA
200 S 6th St
Ste 4000
Minneapolis MN 55402


Frie's Enterprise
W 648 Baures Rd
Fountain City WI 54629


G E Mathis Company
6100 S Oak Park Ave
Chicago IL 60638-4095


Gautier Steel Ltd
PO Box 601460
Charlotte NC 28260-1460

Gexpro
PO Box 100275
Atlanta GA 30384


Glamos Wire Products
5561 N 152nd Street
PO Box 46
Hugo MN 55038


Great America Fin Svcs Corp
Attn. Tom Whiting
625 First Street SE, Ste 800
Cedar Rapids IA 52401


Great River Water Treatment
Box 302
Greenwood WI 54437


GT Midwest
PO Box 755
Wichita KS 67201-0755


Gundersen Clinic Ltd
PO Box 4020
La Crosse WI 54602-4020


Gundersen Lutheran Medical Ctr
1900 - 1910 South Ave
La Crosse WI 54601-5467


Gunderson Health System
PO Box 4444
La Crosse WI 54602-4444


H & A Administrators
15350 - 25th Ave N - Ste 114
Plymouth MN 55447

Hampton Hydraulics LLC
712 First Street NW
Hampton IA 50441


Harter's Trash & Recycling Inc
2850 Larson St
La Crosse WI 54603


Hartland Lubricants & Chem
PO Box 809
Onalaska WI 54650


Hayes Tooling & Plastics, Inc.
PO Box 3304
640 S Rogers Rd
Olathe KS 66063


Hitesman & Wold, P.A.
12900 - 63rd Avenue North
Maple Grove MN 55369


Holmen Transport
W8120 Maple St
Holmen WI 54636


Horizontal Machining & Mfg Inc
640 Arizona Ave Nw
Huron SD 57350


Hot Line Freight System Inc
PO Box 205
W Salem WI 54669


Hy-Test Safety Shoe Service
7330 N 60th St
Milwaukee WI 53223

Hyco  Alabama  LLC
PO  Box  70
Arab AL 35016


I  &  M  Machine  &  Fabrication
401  S  3rd  Street
St Joseph MO 64501-2105


IFM  Efector, Inc.
PO  Box  8538-307
Philadelphia PA 19171-0307


Industrial  Associates  Inc
2124  Corporate  Dr
Waukesha WI 53189-7989


Industrial  Automation
PO  Box  1445
La Crosse WI 54602-1445


Industrial  Stainless  Supply
5265  Hanson  Court
Crystal MN 55429


Innovative  Fluid  Power
PO  Box  10107
Cedar Rapids IA 52410-0107


Integrated  Consulting  Svcs  LLC
4917  W  93Rd  St
Bloomington MN 55437


J  F  Ahern  Co
PO  Bo  1316
Fond Du Lac WI 54936-1316

Joe Rud Trucking Inc
523 W Enterprise Dr
Caledonia MN 55921


JS Express Trucking
PO Box 201
Holmen WI 54636


Kaisercomm, Inc
4362 Round Lake Rd W- Ste 100
St Paul MN 55112-3923


Kenneth Kamm
2335 Yuma Lane N
Plymouth MN 55447


Kenilworth Steel Co.
197 West Market Street
Warren OH 44481


L W Meyer Inc
PO Box 557
Waukesha WI 53187-0557


La Crosse Industrial Park Corp
C/O James Hill
712 Main Street
La Crosse WI 54601


Lackore Elect Motor Repair Inc
PO Box 802
La Crosse WI 54602-0802


Lee Spring Co
140 58th Street, #3C
Brooklyn NY 11220

Lee Tippery LLC
PO Box 168
Hokah MN 55941


Leeco Steel, LLC
75 Remittance Dr Ste 2829
Chicago IL 60675-2829


Les Manske & Sons Inc
W4845 N Chipmunk Rd
Stoddard WI 54658


Lindquist & Vennum PLLP
80 S Eighth Street, Ste 4200
Minneapolis MN 55402


Loffler Companies Inc
PO Box 790448
St Louis MO 63179-0448


Lunda Construction Co.
PO Box 669
Black River Falls WI 54615


Mail Finance
25881 Network Place
Chicago IL 60673-1258


Max Weiss Co, Inc.
8625 W Bradley Road
Milwaukee WI 53224


Mcdonough Truck Line Inc
3115 Industrial Dr
Faribault MN 55021

MCHS Franciscan Med Ctr
PO Box 860056
Minneapolis MN 55486-0056


McMaster-Carr Supply Co
PO Box 7690
Chicago IL 60680-7690


McNeilus Steel Inc
PO Box 249
Dodge Center MN 55927


Mercer Transportation Co
PO Box 644011
Pittsburgh PA 15264-4011


Metal Supermarkets
1900 Oakcrest Ave, Ste 5
Roseville MN 55113


Metronor Inc
973 Featherstone Rd, Ste 105
Rockford IL 61107


Midwest Overhead Crane Corp
6517 James Av N
Minneapolis MN 55430


Millerbernd Systems
330 6th Street S
PO Box 37
Winsted MN 55395


Minnesota Supply Company
6470 Flying Cloud Dr.
Eden Prairie MN 55344

Mississippi Welders Supply Inc
PO Box 1036
Winona MN 55987-7036


The Mitographers, Inc.
PO Box 84910
Sioux Falls SD 57104


MNSoarr
7160 167Th Court W
Rosemount MN 55068


Motion Industries Inc
PO Box 98412
Chicago IL 60693


MSC Industrial Supply Co Inc
Dept Ch 0075
Palatine IL 60055-0075


National Assn of Manufacturers
Attn: Accounting Dept
733 10Th St, Nw, Ste 700
Washington DC 20001-4884


National Tube Supply Co
#774565
4565 Solutions Center
Chicago IL 60677-4005


Natl Corporate Research Ltd
10 East 40Th St, 10Th Floor
New York NY 10016


NIGPP
Attn Donald Mickel
30 Scranton Office Park
Moosic PA 18507

NMHG Financial Services
PO Box 643749
Pittsburgh PA 15264-3749


Timothy J Nolan
Attorney At Law, PLLC
4725 Excelsior Blvd, Ste 402
St Louis Park MN 55416


North Point Supply LLC
N15468 West Prairie Road
Building B, Ste 2
Trempealeau WI 54661


Northland Fastening Systems
380 Rivertown Dr - Ste 800
Woodbury MN 55125


Office Depot
PO Box 88040
Chicago IL 60680-1040


Olson Trucking Direct Inc
311 Ryan St
Holmen WI 54636


Jeffrey D Olson
18 Arendal Lane
Greenville NY 12083


Olympic Steel
5096 Richmond Rd
Bedford OH 44146


PACAL, LLC
2500 County Road BW
Saint Paul MN 55113

Pace  Manufacturing  Inc
PO  Box  800
Brandon SD 57005


Paetec
PO  Box  9001013
Louisville KY 40290-0103


Panama  Transfer  Inc
600  La  Salle  Av
Panama IA 51562


Pangborn  Corp
PO  Box  936006
Atlanta GA 31193-6006


Parker  Hannifin  Corporation
7887 Collection Center  Dr
Chicago IL 60693


Peak  Printing
1332 Thomas  Ave
St Paul MN 55104


Pension  Benefit  Guaranty  Corp
Attn Jon Chatalian, Esq.
1200  K  Street, NW Ste  340
Washington DC 20005


PER  MAR  Security  Services
PO  Box  1101
Davenport IA 52805


Phoenix  Forging  Company
800  Front  Street
Catasuqua PA 18032

Pro Form Printing
PO Box 46013
Plymouth MN 55446


Q & T Machining Inc
17340 Mound Rd
PO Box 313
Belmont WI 53510


Quality Hydr & Pneumatics Inc
1415 Wilhelm Road
Mundelein IL 60060


Que Computer Services
4103 E Lake St, Ste 1
Minneapolis MN 55406


Radiation Protection Products
Div of Norvall Industries Inc
PO Box 862
Wayzata MN 55391


Ranger Steel Services LP
1225 N Loop W, Ste 650
Houston TX 77008


Ranger Steel Supply LP
PO Box 4346
Dept. 451
Houston TX 77210-4346


River City Powder Coating Inc
1100 Kane Street
Lacrosse WI 54603


Ronco Engineering Sales Inc
PO Box 889
Winona MN 55987-0889

S & T Office Products Inc
1000 Kristen Court
St Paul MN 55110


S&S Fleet Service of La Crosse
229 Milwaukee St
La Crosse WI 54603


Safety-Kleen Corp
PO Box 650509
Dallas TX 75265-0509


Samuel, Son & Co Inc
PO Box 77920
Detroit MI 48277


Scharf Transport Inc
1825 Travis Street
Lacrosse WI 54601


Schilling Paper Company
PO Box 369
La Crosse WI 54602


Scougal Rubber Corp
885 Denmark Drive
Ste 103
Mccarran NV 89434


Seismic Energy Products, Inc
A518 Progress Way
Athens TX 75751


Service Steel Warehouse LP
PO Box 843965
Dallas TX 75284-3965

SLSB, LLC
Dba St Louis Screw & Bolt
PO Box 260
Madison IL 62060-0260


Spectrum Machining Inc
630 Commerce St
Holmen WI 54636


State Bank Financial
Attn. Kevin Leslie
401 Main Street
Brainerd MN 56401


Steel Warehouse Co Inc
#774005
4005 Solutions Center
Chicago IL 60677-4000


Stone River Pharmacy Solutions
PO Box 504591
St Louis MO 63150-4591


Superior Supply & Steel
PO Box 677427
Dallas TX 75267-7427


Terex Cranes
Attn. Dean Barley
106 - 12th Street SE
Waverly IA 50677


Tim's Transport
76213 105 St
Leroy MN 55951


Timberline Manufacturing, Inc
1050 Lyons Lane
Marion IA 52302

Timco Inc
2 Greentown Rd
Buchanan NY 10511


Tompkins Industries Inc
75 Remittance Dr - Ste 6210
Chicago IL 60675-6210


Total Quality Logistics
PO Box 634558
Cincinnati OH 45263-4558


Transentric Inc
12567 Collections Center Dr
Chicago IL 60693


Tri-State Business Machines
PO Box 1807
La Crosse WI 54602-1807


Triad Metals International
1 Village Rd
Horsham PA 19044-3800


Triple R Industries LLC
2501 Riley Rd
Sparta WI 54656


Uline
PO Box 88741
Chicago IL 60680-1741


United Parcel Service
Lockbox 577
Carol Stream IL 60132-0577

University of Wisconsin-Stout
Discovery Center - B. Severson
410 10Th Av E, 278 Jarvis Hall
Menomonie WI 54751


US Nameplate Co
PO Box 10
Mount Vernon IA 52314


Valley Cartage Group Inc
8665 Hudson Blvd N Ste 100
Lake Elmo MN 55042


Veritas Steel, LLC
2800 Melby Street
Eau Claire WI 54703


Vitran Express
12225 Stephens Road
Warren MI 48089


Voss Engineering Inc
PO Box 88497
Chicago IL 60680-1497


WA Roosevelt Co
PO Box 860067
Minneapolis MN 55486-0067


Walsh's Ace Hardware
1525 Bohmann Dr
Richland Center WI 53581


Wausau Steel Company LLC
2901 Sherman St
Wausau WI 54401

Wausau Steel Corp
PO Box 5699
Peoria IL 61601-5699


Wecall Inc
64 Penniman Rd
PO Box 39
Orwell OH 44076


Wegpac
PO Box 649
Waupaca WI 54981-0649


West Central Steel Inc
110 19th St NW
Willmar MN 56201


Wettstein Brothers Electric, I
214 Vine Street
La Crosse WI 54602


Whetstone Machine Inc
PO Box 867
52 Walnut St.
Winona MN 55987


Willis of Minnesota Inc
1600 Utica Av S, #600
Minneapolis MN 55416


Windstream Communications
Norlight Inc
PO Box 9001950
Louisville KY 40290-1950


Wireformers Inc
500 Carboy Road
Mt Prospect IL 60056

Wisconsin DNR
Environmental Fees
Drawer 93192
Milwaukee WI 53293-0192


WMC
501 E Washington Ave
PO Box 352
Madison WI 53701-0352


Xcel Energy
PO Box 9477
Minneapolis MN 55484-9477


Yellow Pages United
P.O. Box 53282
Atlanta GA 30355


Young's Welding
P O Box 466
Chanute KS 66720-0466


YRC
PO Box 93151
Chicago IL 60673-3151


Affiliated FM Insurance Co
PO Box 7500
Johnston RI 02919


American Finasco, Inc.
15425 North Fwy #120
Houston TX 77090


Chubb Group of Insurance
15 Mountain View Rd
Warren NJ 07059

Fairchild Equipment
2140 Hutson Rd
Green Bay WI 54303


First Dakota Indemnity Co
PO Box 860065
Minneapolis MN 55486-0065


The First Liberty Insurance C
100 Liberty Way
Dover NH 03820


Liberty Insurance Corporation
175 Berkeley St
Boston MA 02117


Liberty Mutual Fire Insurance
100 Liberty Way
Dover NH 03820


Local 316 UAW AFL-CIO
c/o Anthony Rainey
680 Barclay Blvd
Lincolnshire IL 60069


Loffler Companies Inc
1101 E 78th Street
Minneapolis MN 55420


Terex USA LLC
106 - 12th Street SE
Waverly IA 50677


Tri-State Business Mach Inc
PO Box 1807
La Crosse WI 54602-1807

Wesco Insurance Company
PO Box 318004
Independence OH 44131


Ervin F. Kamm
715 Rice Street E
Wayzata MN 55391


PACAL Holdings, LLC
2500 County Road BW
Saint Paul MN 55113


Adams London & Weiss LLC
6250 Westpark Dr, Ste 319
Houston TX 77057


Affiliated Credit Services
7381 Airport View Dr SW
Rochester MN 55902


Allen Maxwell & Silver Inc
190 Sylvan Ave, Ste 2
Englewood Cliffs NJ 07632


Allen Maxwell and Silver
190 Sylvan Ave, Ste 2
Englewood Cliffs NJ 07632


Altus Global Trade Solutions
2400 Veterans Blvd, Ste 300
Kenner LA 70062


C. Scott Massie, Esq.
1000 Twelve Oaks Center Dr
Ste 210
Wayzata MN 55391

Caine  &  Weiner
1699  E  Woodfield  Rd
Schaumburg IL 60173


Carroll  Hartigan  &  Creney
218  N  Jefferson St,  Ste  201
Chicago IL 60661


CMI  Credit  Mediators  Inc
414  Sansom  St
Upper Darby PA 19082


Commercial  Collect  of  NY☐☐
PO  Box  288
Tonawanda NY 14151


Daniel  A.  Thomas,  Esq.
Delbene  Lapolla  &  Thomas
155  Pine  Ave  NE
Warren OH 44481


Daniel  E.  Dunn,  Esq.
Addis  Law  Office
504  Main  St,  Ste  200
La Crosse WI 54601


Euler  Hermes
800  Red  Brook  Blvd
Owings Mills MD 21117


Francis  J.  Eggert,  Esq.
182  Main  Ave  W
Winsted MN 55395


George  E.  Warner,  Jr.,  Esq.
120  S  Sixth  Street,  Ste  1515
Minneapolis MN 55402

Joan K. Parke, Esq.
Bosshard Parke Ltd.
750 Third Street N, Ste A
La Crosse WI 54601


Mark R. Miller, Esq.
Gurstel Chargo PA
6681 Country Club Drive
Minneapolis MN 55427


National Collections Burerau
PO Box 46631
Mount Clemens MI 48046


Quarles & Brady LLP
411 E Wisconsin Ave
Ste 2400
Milwaukee WI 53202


Quigley Law Firm
7600 Parklawn Ave
Minneapolis MN 55435


RMS Investment Corporation
20195 Van Aken Blvd
Beachwood OH 44122


Sarah B. Quigley, Esq.
Quigley Law Firm
7600 Parklawn Ave
Minneapolis MN 55435


Stark Reagan PC
1111 W Long Lake Rd, Ste 202
Troy MI 48098


Synter Resource
5935 Rivers Ave Ste 102
Charleston SC 29406

Transworld Systems Inc.
507 Prudential Rd
Horsham PA 19044


ViriCore
10115 Kincey Ave, Ste 100
Huntersville NC 28078


Warner Law LLC
120 S Sixth Street, Ste 1515
Minneapolis MN 55402

# United States Bankruptcy Court
## District of Minnesota

In re   PACAL Industries, LLC                                    Case No.

                                                  Debtor(s)          Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   PACAL Industries, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

PACAL Holdings, LLC
2500 County Road BW
Saint Paul, MN 55113

☐ None [*Check if applicable*]

| August 14, 2015 | /s/ Ryan T. Murphy |
|---|---|
| Date | Ryan T. Murphy 311972 |
| | Signature of Attorney or Litigant |
| | Counsel for  PACAL Industries, LLC |
| | Fredrikson & Byron, P.A. |
| | 200 S Sixth St, Ste 4000 |
| | Minneapolis, MN 55402 |
| | 612.492.7000 Fax:612.492.7077 |

**Form 1008-1 - Proof Of Authority To Sign And File Petition**

# United States Bankruptcy Court
### District of Minnesota

In re   PACAL Industries, LLC

Debtor(s)

Case No. _____

Chapter  7

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Ervin F. Kamm , declare under penalty of perjury that I am the President and CEO of PACAL Industries, LLC, a Wisconsin limited liability company (the "Company") and that on August 13, 2015 the following resolution was duly adopted by the Board of Directors of this Company:

"**WHEREAS**, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court for the District of Minnesota pursuant to Chapter 7 of Title 11 of the United States Code;

**BE IT THEREFORE RESOLVED**, that Ervin F. Kamm, President and Chief Executive Officer, or such other officer of the Company as he may designate are authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 7 voluntary bankruptcy case on behalf of the Company; and

**BE IT FURTHER RESOLVED**, that Ervin F. Kamm, President and Chief Executive Officer, or such other officer of the Company as he may designate are authorized and directed to appear in all bankruptcy proceedings on behalf of the Company and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with each such bankruptcy case; and

**BE IT FURTHER RESOLVED**, that Ervin F. Kamm, President and Chief Executive Officer is authorized and directed to employ the law firm of Fredrikson & Byron, P.A. to represent the Company in such bankruptcy case."

Date  August 14, 2015

Signature  */s/ Ervin F. Kamm*
Ervin F. Kamm
President and CEO

**LOCAL RULE REFERENCE:  1008-1**